Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Richard C. Kapron*
[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI, Individually and On Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN,<br>Defendants. | Case No. 2:19-cv-01643-FMO-AGR<br><br>**NOTICE OF MOTION AND MOTION OF RICHARD C. KAPRON FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:        June 6. 2019<br>Time:       10:00 AM<br>Courtroom: 6D<br>Judge:      Hon. Fernando M. Olguin<br><br>Case No. 2:19-cv-02112-FMO-AGR |
| STEVEN FRIEDLAND, Individually and On Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN,<br>Defendants. | |

10812.11-1122798V1

**NOTICE OF MOTION AND MOTION**

**TO:  ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

PLEASE TAKE NOTICE that pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), Richard C. Kapron ("Movant") will and hereby does move the Honorable Fernando M. Olguin, United States District Court, Central District of California, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, for an order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Inogen, Inc. ("Inogen" or the "Company") from November 8, 2017 and February 26, 2019, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Reed R. Kathrein in support of this motion, the pleadings and records on file in this action, and any other written or oral argument

or other matter that may be presented to the Court and that the Court may consider in deciding this motion.[1]

Movant makes this motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

1. Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of Inogen securities;

2. Movant has timely filed this motion pursuant to the PSLRA; and

3. Movant meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the class.

Accordingly, under the PSLRA, Movant is presumptively the most adequate plaintiff and should be appointed as lead plaintiff to pursue this class action against Defendants.

If Movant is appointed as lead plaintiff, pursuant to the PSLRA, he respectfully requests that the Court appoint his selection of lead counsel. Movant has selected lead counsel with extensive experience in securities fraud and other class action litigation.

---

[1] Movant's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Movant cannot confer with unknown potential class member movants seeking appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i).

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Related Actions and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (2) appoint Movant as Lead Plaintiff on behalf of all similary situated Inogen investors; (3) approve Movant's selection of Hagens Berman Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED:  May 6, 2019            HAGENS BERMAN SOBOL SHAPIRO LLP

*s/ Reed R. Kathrein*
Reed R. Kathrein
Danielle Smith
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*
*Richard C. Kapron*