UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI, Individually and On Behalf Of All Others Similarly Situated<br><br>                  Plaintiff,<br><br>   v.<br><br>INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN,<br>                  Defendants. | Case No. 2:19-cv-01643-FMO-AGR<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF RICHARD C. KAPRON FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:      June 6. 2019<br>Time:     10:00 AM<br>Courtroom: 6D<br>Judge:    Hon. Fernando M. Olguin |
| STEVEN FRIEDLAND, Individually and On Behalf Of All Others Similarly Situated<br><br>                  Plaintiff,<br><br>   v.<br><br>INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN,<br>                  Defendants. | Case No. 2:19-cv-02112-fmo-agr |

10821.11-1122796V1

WHEREAS, the Court has considered the motion of Richard C. Kapron ("Movant") for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Inogen, Inc. ("Inogen" or the "Company") from November 8, 2017 and February 26, 2019, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedures, *Fabbri v. Inogen, Inc., et al.*, Case No. 2:19-cv-01643, and *Friedland v. Inogen, Inc., et al.*, Case No. 2:19-cv-02112 are consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INOGEN, INC. SECURITIES LITIGATION<br><br>———————————————<br>This Document Related to:<br><br>    ALL ACTIONS.<br>——————————————— | ) Master File No.  2:19-cv-01643<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>) |

(a)    The file in Case No. 2:19-cv-01643 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All

[PROPOSED] ORDER GRANT'G MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL.                - 1
AND APPROVE SELECTION OF COUNSEL
Case No.: 2:19-cv-01643-FMO-AGR

Actions" shall appear immediately after the phrase "This Document Relates To:".

When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions on behalf of purchasers of Inogen, Inc. ("Inogen") securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  This order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within then days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.     The Court hereby appoints Richard C. Kapron as Lead Plaintiff in this action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.     Lead Plaintiff's selection of Lead Counsel is approved.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman is approved as Lead Counsel for the Class in the action.

4.      Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

8.      Lead Counsel shall have the following responsibilities and duties:

a.      to coordinate the briefing and argument of motions;

b.      to coordinate the conduct of discovery proceedings;

c.      to coordinate the examination of witnesses in depositions;

d.      to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

e.      to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.      to coordinate all settlement negotiations with counsel for defendants;

g.      to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

h.      to supervise any other matters concerning the prosecution, resolution or settlement of this action.

5.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs;

10.     Counsel in any related action that is consolidated with this action shall be bound by this selection of Lead Counsel;

11.     Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices; and

12.     Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.


IT IS SO ORDERED.


DATED: _____, 2019        _____
                                HON. FERNANDO M. OLGUIN
                                UNITED STATES DISTRICT JUDGE


DATED:  May 6, 2019

Respectfully submitted,

*/s/ Reed R. Kathrein*_____
Reed R. Kathrein (139304)
Danielle Smith (291237)

[PROPOSED] ORDER GRANT'G MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL.        - 4
AND APPROVE SELECTION OF COUNSEL
Case No.: 2:19-cv-01643-FMO-AGR

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOLS SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff*

[PROPOSED] ORDER GRANT'G MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL. AND APPROVE SELECTION OF COUNSEL
Case No.: 2:19-cv-01643-FMO-AGR

- 5