Reed R. Kathrein (139304)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Proposed Lead Plaintiff Richard C. Kapron*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI, Individually and On Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN,<br>Defendants. | Case No. 2:19-cv-01643-FMO-AGR<br><br>**DECLARATION OF REED R KATHREIN IN SUPPORT OF MOTION OF RICHARD C. KAPRON FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:  June 6, 2019<br>Time:  10:00 AM<br>Courtroom:  6D<br>Judge:  Hon. Fernando M. Olguin |
| STEVEN FRIEDLAND, Individually and On Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN,<br>Defendants. | Case No. 2:19-cv-02112-FMO-AGR |

10821.11-1122797v1

I, Reed R. Kathrein, declare as follows:

1.     I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Richard C. Kapron ("Mr. Kapron" or "Movant"). I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Mr. Kapron's motion: (1) to consolidate the above-captioned actions (the "Related Actions"); (2) to be appointed as Lead Plaintiff in the above-captioned case and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) to approve Mr. Kapron's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.     Attached hereto as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:  Notice of Pendency of *Fabbri v. Inogen, Inc., et al.*, Case No. 2:19-cv-01643, published on March 6, 2019;

Exhibit B:  Movant's Certification;

Exhibit C:  Movant's Loss Calculation; and

Exhibit D:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

KATHREIN DECL. ISO MOT. TO CONSOL. REL. CASES, APPOINT LEAD PL. AND APPROVE SELECTION OF COUNSEL
Case No.: 2:19-cv-01643-FMO-AGR

- 1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of May, 2019 at Berkeley, California.


DATED:  May 6, 2019                                    *s/ Reed R. Kathrein*
                                                       Reed R. Kathrein