# Exhibit C

**Loss Analysis for Richard C. Kaproff - Inogen, Inc. (INGN)**
**Class Period 11/08/17 - 02/26/19**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 11/02/18 | 1,000 | $195.3700 | $195,370.00 | | 12/21/18 | 100 | $115.1100 | $11,511.00 |
| | | | | | | 12/21/18 | 100 | $115.0900 | $11,509.00 |
| | | | | | | 12/21/18 | 400 | $115.0800 | $46,032.00 |
| | | | | | | 12/21/18 | 400 | $115.0800 | $46,032.00 |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 1,000 | Total Amount Paid in CP | $195,370.00 |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 1,000 | Total Amount Sold in CP | $115,084.00 |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| Total Shares Sold to Current | 1,000 | Total Amount Sold to Current | $115,084.00 ALTERNATIVE |

**Actual Net Shares Acquired in CP**          -          **(CP Retained Shares)**

| | |
|---|---|
| Net Amount Paid in CP | $80,286.00 |
| Net Amount Paid in CP Minus Sold to Current Date | $80,286.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative          ALTERNATIVE |

90-Day Mean Share Price after last Day of CP          $91.87188

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $80,286.00 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $80,286.00 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $80,286.00 ALTERNATIVE |