# EXHIBIT 1



# Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Inogen, Inc.

March 06, 2019 10:00 PM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (http://www.rgrdlaw.com/cases/inogen/) today announced that a class action has been commenced on behalf of purchasers of Inogen, Inc. (NASDAQ:INGN) common stock during the period between November 8, 2017 and February 26, 2019 (the "Class Period"). This action was filed in the Central District of California and is captioned *Fabbri v. Inogen, Inc., et al.*, No. 19-cv-1643.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Inogen common stock during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. You can view a copy of the complaint as filed at http://www.rgrdlaw.com/cases/inogen/.

The complaint charges Inogen and certain of its officers with violations of the Securities Exchange Act of 1934. Inogen is a medical technology company that primarily develops, manufactures and markets portable oxygen concentrators used to deliver supplemental long-term oxygen therapy to patients suffering from chronic respiratory conditions.

The complaint alleges that during the Class Period, defendants made false and misleading statements and/or failed to disclose adverse information regarding Inogen's business metrics and financial prospects. Specifically, defendants failed to disclose that: (i) Inogen had overstated the true size of the total addressable market ("TAM") for its portable oxygen concentrators and had misstated the basis for its calculation of the TAM; (ii) Inogen had falsely attributed its sales growth to the strong sales acumen of its salesforce, when in reality it was due in large part to sales tactics designed to deceive its elderly customer base; (iii) the growth in Inogen's domestic business-to-business sales to home medical equipment ("HME") providers was inflated, unsustainable and was eroding direct-to-consumer sales; and (iv) very little of Inogen's business was actually coming from the more stable Medicare market. As a result of this information being withheld from the market, the price of Inogen common stock was artificially inflated to more than $282 per share during the Class Period.

On November 6, 2018, Inogen announced its third quarter 2018 financial results and, while the quarterly financial results were in line with expectations, defendants revealed that the growth in domestic business-to-business sales to HME providers had slowed and reduced Inogen's guidance for fiscal 2018 adjusted EBITDA. As a result of this news, the price of Inogen common stock fell over 19%, or $37.44 per share, to close at $155.86 per share. Then, following the publication of detailed investigative reports by stock analysts on February 8, 2019 and February 12, 2019, which challenged, among other things, the size of Inogen's actual TAM, the basis for its prior TAM claims, and the source of its Class Period sales growth, the price of Inogen common stock declined further to close at $138.05 per share on February 12, 2019.

Case 2:19-cv-01643-FMO-AGR    Document 29-1    Filed 05/06/19    Page 3 of 5    Page ID #:300

Then, on February 26, 2019, after the close of trading, Inogen announced disappointing fourth quarter and fiscal year 2018 financial results and significantly reduced its previously provided fiscal 2019 net income guidance. Inogen's CEO also backtracked on the Company's prior TAM estimate of 2.5 to 3 million patients, and blamed Inogen's poor domestic business-to-business sales on order activity that slowed from one national homecare provider. On this news, the price of Inogen common stock fell an additional $33.77 per share, or more than 24%, from a close of $140.06 per share on February 26, 2019, to a close of $106.28 per share on February 27, 2019.

Plaintiff seeks to recover damages on behalf of all purchasers of Inogen common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller is a national law firm representing investors in securities litigation. With 200 lawyers in 10 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For five consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in both the amount recovered for shareholders and the total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also advocates for corporate governance reforms, helping to improve the financial markets for investors worldwide. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

## Contacts

Robbins Geller

Darren Robbins, 800/449-4900 or 619/231-1058

djr@rgrdlaw.com

# Tweets by @rgrdlaw

**Robbins Geller**
@rgrdlaw

A Delaware court recently made a decision that will impact corporations' attempts to limit investors' rights under the federal #Securities Act of 1933. #ICYMI bit.ly/2UGTSli



May 3, 2019

**Robbins Geller**
@rgrdlaw

Join @rgrdlaw partner Danielle Myers as she moderates the Recent Trends in #SecuritiesLitigation panel at the 2019 @ABAGPSolo CLE Conference in #NewYork today. @ABALitigation #LitigationGPSolo



May 2, 2019

**Robbins Geller**
@rgrdlaw

.@TheNLJ named @rgrdlaw attorneys Shawn Williams, Tor Gronborg and Patrick Coughlin as 2019 Plaintiffs' Lawyers Trailblazers for showing "a deep passion and perseverance in pursuit of their mission" and achieving "remarkable successes along the way." bit.ly/2Vafmre

Social Media Profiles

Robbins Geller Rudman & Dowd LLP on Facebook

Robbins Geller Rudman & Dowd LLP on LinkedIn