# EXHIBIT 3

| | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inogen, Inc. Loss Chart | | | | | | | | | | | |
| Class Period: November 8, 2017 through February 26, 2019 | | | | | | | | | | | |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 91.80213 |
| Buhling, Frank | 9/17/2018 | 100 | ($281.10) | ($28,110.00) | 12/24/2018 | 600 | $114.13 | $68,479.38 | | | | |
| | 9/17/2018 | 200 | ($269.27) | ($53,853.60) | 2/15/2019 | 100 | $130.00 | $13,000.00 | | | | |
| | 9/13/2018 | 50 | ($277.77) | ($13,888.39) | 11/15/2018 | 50 | $139.00 | $6,950.00 | | | | |
| | 10/3/2018 | 200 | ($233.00) | ($46,600.00) | | | | | | | | |
| | 10/19/2018 | 50 | ($198.85) | ($9,942.61) | | | | | | | | |
| | 11/7/2018 | 50 | ($159.92) | ($7,995.87) | | | | | | | | |
| | 1/4/2019 | 100 | ($127.82) | ($12,782.36) | | | | | | | | |
| | 2/25/2019 | 100 | ($146.32) | ($14,632.00) | | | | | | | | |
| | | 850 | | ($187,804.82) | | 750 | | $88,429.38 | 100 | $9,180.21 | ($90,195.23) | |