**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Movant Peter J. Enzinna*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON, and ALISON BAUERLEIN, <br><br> Defendants. | No. 2:19-cv-01643-FMO-AGR <br><br> **NOTICE OF MOTION OF PETER J. ENZINNA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. Fernando M. Olguin <br> Date: June 6, 2019 <br> Time: 10:00 a.m. <br> Courtroom #6D - 6th Floor |
| STEVEN FRIEDLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON, and ALISON BAUERLEIN, <br><br> Defendants. | No. 2:19-cv-02112-FMO-AGR <br><br> Judge: Hon. Fernando M. Olguin |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 6, 2019 at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Fernando M. Olguin situated at 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, California 90012, Movant Peter J. Enzinna ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) consolidating the above-captioned actions; (ii) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired Inogen, Inc. ("Inogen" or the "Company") securities; (iii) approving Movant's choice of counsel as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam C. McCall and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $149,818.12, which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents.  Further, Movant satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and it will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA.  This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed

a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to §78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movant as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Dated: May 6, 2019

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Adam C. McCall*
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Movant Peter J. Enzinna*

## **CERTIFICATE OF SERVICE**

I, Adam C. McCall, hereby declare under penalty of perjury as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On May 6, 2019 I electronically filed the following **NOTICE OF MOTION OF PETER J. ENZINNA FOR  CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 6, 2019.

 /s/Adam C. McCall
Adam C. McCall