**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Movant Peter J. Enzinna*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, SUNIT S. PATEL, JEFF K. STOREY, INDRANEEL DEV, and ERIC J. MORTENSEN,<br><br>Defendants. | No. 2:19-cv-01643-FMO-AGR<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF PETER J. ENZINNA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando M. Olguin<br>Date:  June 6, 2019<br>Time: 10:00 a.m.<br>Courtroom #6D - 6th Floor |
| STEVEN FRIEDLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., GLEN F. POST, III, SUNIT S. PATEL, JEFF K. STOREY, INDRANEEL DEV, and ERIC J. MORTENSEN,<br><br>Defendants. | No. 2:19-cv-02112-FMO-AGR |

I, ADAM C. MCCALL hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and an associate in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Peter J. Enzinna ("Movant"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Peter J. Enzinna.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Peter J. Enzinna.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on March 6, 2019.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: May 6, 2019                    */s/ Adam C. McCall*
                                       Adam C. McCall

**CERTIFICATE OF SERVICE**

I, Adam C. McCall, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On May 6, 2019, I electronically filed the following **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF PETER J. ENZINNA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 6, 2019.

/s/Adam C. McCall
Adam C. McCall