# EXHIBIT B

| Case Name | Inogen, Inc. |
| Ticker | INGN |
| Class Period | 11-08-2017 to 02-26-2019 |

| Gross Shares Purchased | 1,000 |
| Net Retained Shares | 1,000 |
| Net Funds Expended | $ 241,690.00 |
| Straight LIFO Losses | $ 149,818.12 |
| *Dura* LIFO | $ 149,818.12 |

**Client Name**

Peter J. Enzinna

| Date of Transaction | Transaction Type | Quantity | Price per Security | Cost/Proceeds ($) |
|---|---|---|---|---|
| 09-14-2018 | P | 500 | $ 283.38 | $ 141,690.00 |
| 10-11-2018 | P | 500 | $ 200.00 | $ 100,000.00 |