ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA (229737)
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INOGEN, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01643-FMO-AGR <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE: June 6, 2019 <br> TIME: 10:00 a.m. <br> CTRM: 6D <br> JUDGE: Hon. Fernando M. Olguin |

1560399_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Thursday, June 6, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Fernando M. Olguin, Courtroom 6D, 350 West 1st Street, Los Angeles, CA, 90012, Dr. John Vasil will and hereby does move this Court for an order consolidating two related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and appointing Dr. Vasil as lead plaintiff and approving his selection of Robbins Geller Rudman & Dowd LLP as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  This Motion is made on the grounds that the two Related Actions raise identical legal and factual questions and that Dr. Vasil is the presumptive lead plaintiff.[2]  In support of his Motion, Dr. Vasil submits the accompanying Memorandum of Law, the Declaration of Danielle S. Myers, and a [Proposed] Order.

DATED:  May 6, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
BRIAN O. O'MARA
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ

s/ Danielle S. Myers
DANIELLE S. MYERS

---

[1]    Local Rule 7-3 requires a conference of counsel before filing a motion.  Dr. Vasil's counsel conferred with defense counsel about consolidation and they consented.  Mr. Friedland's counsel did not respond to counsel's inquiry.  In addition, because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Dr. Vasil cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on May 6, 2019.  Accordingly, Dr. Vasil's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived.

[2]    The Related Actions are: (1) *Fabbri v. Inogen, Inc.*, No. 2:19-cv-01643-FMO-AGR; and (2) *Friedland v. Inogen, Inc.*, No. 2:19-cv-02112-FMO-AGR.

- 1 -

1560399_1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

- 2 -

1560399_1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 6, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1560399_1

# Mailing Information for a Case 2:19-cv-01643-FMO-AGR William Fabbri v. Inogen, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Caz Hashemi**
  chashemi@wsgr.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com

- **Reed R Kathrein**
  reed@hbsslaw.com,danielles@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Catherine E Moreno**
  cmoreno@wsgr.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)