ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA (229737)
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>INOGEN, INC., et al.,<br><br>                  Defendants. | Case No. 2:19-cv-01643-FMO-AGR<br><br>CLASS ACTION<br><br>DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

DATE:     June 6, 2019
TIME:     10:00 a.m.
CTRM:   6D
JUDGE:  Hon. Fernando M. Olguin

1560401_1

I, DANIELLE S. MYERS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Dr. John Vasil in the above-captioned action. I make this declaration in support of Dr. Vasil's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on March 6, 2019;

Exhibit B: Dr. Vasil's Certification;

Exhibit C: Dr. Vasil's loss estimate;

Exhibit D: Declaration of Dr. John Vasil in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel; and

Exhibit E: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2019, at San Diego, California.

s/ Danielle S. Myers
DANIELLE S. MYERS

1560401_1

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 6, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1560401_1

# Mailing Information for a Case 2:19-cv-01643-FMO-AGR William Fabbri v. Inogen, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Caz Hashemi**
  chashemi@wsgr.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com

- **Reed R Kathrein**
  reed@hbsslaw.com,danielles@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Catherine E Moreno**
  cmoreno@wsgr.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)