# EXHIBIT C

Exhibit C
010

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Dr John Vasil | 11/06/2018 | 50 | $149.90 | $7,495.00 | 11/06/2018 | 2 | $156.00 | $312.00 | |
| | 11/06/2018 | 100 | $150.00 | $15,000.00 | 11/07/2018 | 50 | $156.93 | $7,846.50 | |
| | 11/06/2018 | 1,000 | $192.69 | $192,690.00 | 11/07/2018 | 200 | $156.97 | $31,394.00 | |
| | 11/06/2018 | 400 | $192.64 | $77,056.00 | 11/07/2018 | 2,100 | $157.00 | $329,700.00 | |
| | 11/06/2018 | 700 | $192.63 | $134,841.00 | 11/07/2018 | 200 | $158.12 | $31,624.02 | |
| | 11/06/2018 | 100 | $162.60 | $16,260.00 | 11/07/2018 | 600 | $158.09 | $94,856.40 | |
| | 11/06/2018 | 200 | $192.95 | $38,590.00 | 11/07/2018 | 5,200 | $158.51 | $824,272.80 | |
| | 11/06/2018 | 100 | $192.95 | $19,295.00 | 11/07/2018 | 4,000 | $152.73 | $610,907.60 | |
| | 11/06/2018 | 100 | $192.94 | $19,294.00 | 11/07/2018 | 5,300 | $151.34 | $802,102.00 | |
| | 11/06/2018 | 200 | $192.95 | $38,590.00 | 11/07/2018 | 275 | $152.16 | $41,844.00 | |
| | 11/06/2018 | 200 | $192.94 | $38,588.00 | 11/07/2018 | 300 | $152.50 | $45,750.00 | |
| | 11/06/2018 | 100 | $192.95 | $19,295.00 | 11/07/2018 | 189 | $152.00 | $28,728.00 | |
| | 11/06/2018 | 100 | $192.94 | $19,294.00 | 11/07/2018 | 6 | $152.01 | $912.06 | |
| | 11/06/2018 | 100 | $192.95 | $19,295.00 | 11/07/2018 | 9 | $152.02 | $1,368.18 | |
| | 11/06/2018 | 100 | $192.94 | $19,294.00 | 11/07/2018 | 2,100 | $152.16 | $319,536.00 | |
| | 11/06/2018 | 100 | $192.95 | $19,295.00 | 11/07/2018 | 100 | $152.00 | $15,200.00 | |
| | 11/06/2018 | 200 | $192.94 | $38,588.00 | 11/07/2018 | 2,321 | $152.16 | $353,163.36 | |
| | 11/06/2018 | 6,657 | $148.50 | $988,564.50 | 11/07/2018 | 3,198 | $157.71 | $504,368.73 | |
| | 11/06/2018 | 343 | $148.50 | $50,935.50 | | | | | |
| | 11/06/2018 | 2,539 | $193.32 | $490,839.48 | | | | | |
| | 11/06/2018 | 200 | $193.31 | $38,662.00 | | | | | |
| | 11/06/2018 | 157 | $193.23 | $30,337.11 | | | | | |
| | 11/06/2018 | 89 | $192.94 | $17,171.66 | | | | | |
| | 11/06/2018 | 100 | $192.95 | $19,295.00 | | | | | |
| | 11/06/2018 | 100 | $192.94 | $19,294.00 | | | | | |
| | 11/06/2018 | 300 | $193.14 | $57,942.00 | | | | | |
| | 11/06/2018 | 100 | $192.99 | $19,299.00 | | | | | |
| | 11/06/2018 | 415 | $192.98 | $80,086.66 | | | | | |
| | 11/06/2018 | 900 | $192.98 | $173,681.10 | | | | | |
| | 11/06/2018 | 100 | $192.95 | $19,295.00 | | | | | |
| | 11/06/2018 | 100 | $192.94 | $19,294.00 | | | | | |
| | 11/06/2018 | 100 | $192.78 | $19,278.00 | | | | | |
| | 11/06/2018 | 100 | $192.75 | $19,275.00 | | | | | |
| | 11/06/2018 | 100 | $192.74 | $19,274.28 | | | | | |
| | 11/06/2018 | 1,030 | $192.73 | $198,515.92 | | | | | |
| | 11/06/2018 | 1 | $192.73 | $192.73 | | | | | |
| | 11/06/2018 | 225 | $192.73 | $43,365.13 | | | | | |
| | 11/06/2018 | 1,644 | $192.98 | $317,259.12 | | | | | |
| | 11/07/2018 | 250 | $150.89 | $37,722.83 | | | | | |
| | 11/07/2018 | 100 | $150.89 | $15,089.14 | | | | | |
| | 11/07/2018 | 100 | $150.89 | $15,089.13 | | | | | |
| | 11/07/2018 | 100 | $150.96 | $15,095.53 | | | | | |
| | 11/07/2018 | 100 | $150.98 | $15,098.00 | | | | | |
| | 11/07/2018 | 100 | $150.82 | $15,082.00 | | | | | |
| | 11/07/2018 | 100 | $150.91 | $15,091.00 | | | | | |
| | 11/07/2018 | 100 | $150.89 | $15,089.14 | | | | | |
| | 11/07/2018 | 3,785 | $150.89 | $571,123.57 | | | | | |
| | 11/07/2018 | 200 | $150.89 | $30,178.26 | | | | | |
| | 11/07/2018 | 75 | $150.89 | $11,317.00 | | | | | |

Exhibit C
011



| Date | Shares | Price | Amount |
|---|---|---|---|
| 11/07/2018 | 100 | $150.89 | $15,089.14 |
| 11/07/2018 | 100 | $150.89 | $15,089.13 |
| 11/07/2018 | 100 | $150.89 | $15,089.00 |
| 11/07/2018 | 190 | $150.89 | $28,669.37 |
| 11/07/2018 | 400 | $150.89 | $60,356.52 |
| 11/07/2018 | 200 | $150.89 | $30,178.28 |
| 11/07/2018 | 400 | $150.89 | $60,356.52 |
| 11/07/2018 | 100 | $150.89 | $15,089.14 |
| 11/07/2018 | 100 | $150.89 | $15,089.13 |
| 11/07/2018 | 100 | $150.89 | $15,089.14 |
| 11/07/2018 | 100 | $150.89 | $15,089.13 |
| 11/07/2018 | 100 | $150.89 | $15,089.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Movant's Total** | **26,150** | | **$4,430,866.42** | **26,150** | **$4,043,885.65** | **($386,980.76)** |

Exhibit C
012