# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>INOGEN, INC., et al.,<br><br>       Defendants. | Case No. 2:19-cv-01643-FMO-AGR<br><br>CLASS ACTION<br><br>DECLARATION OF DR. JOHN VASIL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL |

1559830_1

Exhibit D
014

I, DR. JOHN VASIL, declare as follows:

1.      This declaration is made in support of my motion for consolidation of related actions, appointment as lead plaintiff, and for approval of selection of lead counsel.  I have personal knowledge of the facts set forth herein and, if called as witness, could and would testify competently thereto.

2.      I am a physician at Cambria Family Practice in Ebensburg, Pennsylvania. I have invested in the stock market for approximately 20 years.

3.      I am familiar with selecting and overseeing lawyers in connection with litigation.

4.      I have discussed serving as lead plaintiff with my counsel and am aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by Congress to encourage investors with a significant financial interest to lead securities class actions.  I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

5.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings, participate in discovery (including having my deposition taken and providing evidence relating to my investment in Inogen, Inc. stock), participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class as well as approve any attorneys' fee and cost requests by counsel.  I am willing to perform all of these duties on behalf of the class members.

6.      I have a substantial financial interest in this case based on my transactions in Inogen stock.  Based on my substantial losses, I have a material interest and incentive in prosecuting this case on behalf of Inogen shareholders.

7.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification confirms, I will not accept any payment for serving as a representative party beyond my pro-rata share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly

- 1 -

related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

8.    I am aware that I have the right to select counsel as part of the lead plaintiff process.  I contacted Robbins Geller Rudman & Dowd LLP, and based on their experience prosecuting securities cases, have selected them to represent me and the class in this case on a contingency basis.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May 2019, at Ebensburg, Pennsylvania.

_____
DR. JOHN VASIL

- 2 -

1559830_1

Exhibit D
016