Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com
*- additional counsel on signature page –*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN, <br><br> Defendants. | No.: 2:19-cv-01643-FMO-AGR <br><br> **NOTICE OF MOTION OF THE INOGEN INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** <br><br> DATE: June 6, 2019 <br> TIME: 10:00 a.m. <br> JUDGE: Fernando M. Olguin <br> CTRM: Courtroom 6D, 6th Floor |
| STEVEN FRIEDLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN, <br><br> Defendants. | No.: 2:19-cv-02112-FMO-AGR |

NOTICE OF MOTION

1

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE Douglas A. Murphy, Susan S. Murphy, Ronald Lynch, and Paragon Fund Management (collectively, the "Inogen Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order:  (1) consolidating the above-captioned related actions; (2) appointing the Inogen Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of Inogen, Inc. between November 8, 2017 and February 26, 2019, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP and Glancy Prongay & Murray LLP as Co-Lead Counsel for the Class.

In support of this motion, the Inogen Investor Group submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  May 6, 2019

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone:  (310) 405-7190
Email: jpafiti@pomlaw.com


**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016

NOTICE OF MOTION

2

Telephone: 212-661-1100
Facsimile:  212-661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184
Email: pdahlstrom@pomlaw.com

**GLANCY PRONGAY &
MURRAY LLP**
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:    310-201-9160
Email: lportnoy@glancylaw.com

*Counsel for Movants and
Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296
Email:  peretz@bgandg.com

*Additional Counsel for Movants*

NOTICE OF MOTION

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/      Jennifer Pafiti*
Jennifer Pafiti