**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
*Attorney for Movants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FABBRI,, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN, <br><br> Defendants. | No.: 2:19-cv-01643-FMO-AGR <br> **DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE INOGEN INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** <br> DATE: June 6, 2019 <br> TIME: 10:00 a.m. <br> JUDGE: Fernando M. Olguin <br> CTRM: Courtroom 6D, 6th Floor |
| STEVEN FRIEDLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN, <br><br> Defendants. | No.: 2:19-cv-02112-FMO-AGR |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Douglas A. Murphy, Susan S. Murphy, Ronald Lynch, and Paragon Fund Management (collectively, the "Inogen Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the Inogen Investor Group for consolidation, appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz and Glancy Prongay & Murray LLP ("GPM") as Co-Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published over *Business Newswire* on March 6, 2019, announcing the pendency of the first-filed above-captioned action;

Exhibit B:    Shareholder Certifications executed by the members of the Inogen Investor Group;

Exhibit C:    Loss Chart of the Inogen Investor Group;

Exhibit D:    Joint Declaration executed by the members of the Inogen Investor Group;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of GPM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 6, 2019, at Calabasas, California.

/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Jennifer Pafiti*
Jennifer Pafiti