# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## INOGEN, INC.  SECURITIES LITIGATION

I, Winifred Seghers, on behalf of  Paragon Fund Management LLC ("Paragon"), certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on behalf of Paragon.

2.      I am duly authorized to institute legal action on Paragon's behalf, including legal action against Inogen, Inc. and other defendants.

3.      Paragon did not purchase the Inogen, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.      Paragon is willing to serve as a representative party on behalf of a class and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Paragon also understands that, if appointed lead plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgements.

5.      Paragon transactions in Inogen, Inc. securities during the Class Period set forth in the Complaint are as follows:

         (See attached transactions)

6.      Paragon has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except: *Sawicki v. Stitch Fix, Inc. et al*, 3:18-cv-06208-JD (N.D. Cal., lead plaintiff motion filed December 10, 2018).

7.      Paragon will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

5/6/2019
_____
Date

DocuSigned by:
*Wendy Seghers*
24EA744742CE4B0...
_____
Paragon Fund Management LLC
By: Winifred Seghers

**Inogen, Inc. (INGN)**                                                                     **Paragon Fund  Management, LLC**

**List of Purchases and Sales**

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 8/13/2018 | Purchase | 500 | $224.8800 |
| Common Stock | 9/21/2018 | Purchase | 1,000 | $230.0000 |
| Common Stock | 9/21/2018 | Purchase | 1,000 | $240.0000 |
| Common Stock | 9/21/2018 | Purchase | 500 | $260.0000 |
| Common Stock | 11/9/2018 | Purchase | 500 | $200.0000 |
| Common Stock | 11/12/2018 | Purchase | 200 | $185.0000 |
| Common Stock | 11/19/2018 | Purchase | 2,000 | $160.0000 |
| Common Stock | 11/19/2018 | Purchase | 300 | $185.0000 |
| Common Stock | 12/24/2018 | Purchase | 1,000 | $120.0000 |
| Common Stock | 9/21/2018 | Sale | 2,500 | $270.0000 |
| Common Stock | 11/9/2018 | Sale | 500 | $220.0000 |
| Common Stock | 11/9/2018 | Sale | 500 | $210.0000 |
| Common Stock | 11/12/2018 | Sale | 200 | $148.0100 |
| Common Stock | 11/19/2018 | Sale | 300 | $180.0000 |
| Common Stock | 11/19/2018 | Sale | 500 | $175.0000 |
| Common Stock | 11/19/2018 | Sale | 1,500 | $170.0000 |
| Common Stock | 12/24/2018 | Sale | 1,000 | $135.0000 |
| Call(INGN) Aug 17 '18// $230 | 8/13/2018 | Sold Short | 3 | $1.6500 |
| Call(INGN) Aug 17 '18// $230 | 8/13/2018 | Sold Short | 5 | $1.7500 |
| Call(INGN) Aug 17 '18// $230 | 8/16/2018 | Bought To Cover | 8 | $3.5400 |
| Put(INGN) Dec 21 '18// $105 | 12/19/2018 | Bought To Open | 3 | $0.3900 |
| Put(INGN) Dec 21 '18// $105 | 12/24/2018 | Option Expiration | 3 | $0.0000 |
| Put(INGN) Dec 21 '18// $110 | 12/19/2018 | Bought To Open | 2 | $0.3200 |
| Put(INGN) Dec 21 '18// $110 | 12/24/2018 | Option Expiration | 2 | $0.0000 |
| Put(INGN) Dec 21 '18// $115 | 12/10/2018 | Bought To Open | 2 | $0.7800 |
| Put(INGN) Dec 21 '18// $115 | 12/10/2018 | Bought To Open | 1 | $0.4000 |
| Put(INGN) Dec 21 '18// $115 | 12/17/2018 | Bought To Open | 1 | $1.0800 |
| Put(INGN) Dec 21 '18// $115 | 12/17/2018 | Bought To Open | 1 | $1.0000 |
| Put(INGN) Dec 21 '18// $115 | 12/20/2018 | Sold To Close | 5 | $2.4200 |
| Call(INGN) Dec 21 '18// $120 | 12/17/2018 | Bought To Open | 5 | $9.9000 |
| Call(INGN) Dec 21 '18// $120 | 12/24/2018 | Option Expiration | 5 | $0.0000 |
| Put(INGN) Dec 21 '18// $120 | 12/19/2018 | Sold Short | 10 | $3.0900 |
| Put(INGN) Dec 21 '18// $120 | 12/24/2018 | Option Assignment | 10 | |
| Call(INGN) Dec 21 '18// $125 | 12/14/2018 | Bought To Open | 10 | $7.7500 |
| Call(INGN) Dec 21 '18// $125 | 12/17/2018 | Sold To Close | 5 | $4.9800 |
| Call(INGN) Dec 21 '18// $125 | 12/17/2018 | Sold To Close | 5 | $4.9700 |
| Put(INGN) Dec 21 '18// $125 | 12/17/2018 | Sold Short | 5 | $2.3800 |
| Put(INGN) Dec 21 '18// $125 | 12/17/2018 | Sold Short | 5 | $2.3300 |
| Put(INGN) Dec 21 '18// $125 | 12/19/2018 | Bought To Cover | 10 | $5.9800 |
| Call(INGN) Dec 21 '18// $130 | 12/14/2018 | Sold Short | 20 | $4.1500 |
| Call(INGN) Dec 21 '18// $130 | 12/17/2018 | Bought To Cover | 5 | $1.3000 |
| Call(INGN) Dec 21 '18// $130 | 12/24/2018 | Option Expiration | 15 | |
| Put(INGN) Dec 21 '18// $130 | 11/16/2018 | Sold Short | 3 | $4.9400 |
| Put(INGN) Dec 21 '18// $130 | 11/16/2018 | Sold Short | 2 | $4.9500 |
| Put(INGN) Dec 21 '18// $130 | 12/20/2018 | Bought To Cover | 5 | $13.7200 |
| Call(INGN) Dec 21 '18// $135 | 12/14/2018 | Bought To Open | 10 | $1.8500 |
| Call(INGN) Dec 21 '18// $135 | 12/19/2018 | Bought To Open | 3 | $0.0100 |
| Call(INGN) Dec 21 '18// $135 | 12/24/2018 | Option Expiration | 13 | $0.0000 |
| Put(INGN) Dec 21 '18// $135 | 12/17/2018 | Bought To Open | 5 | $8.8000 |
| Put(INGN) Dec 21 '18// $135 | 12/17/2018 | Bought To Open | 5 | $8.7300 |

**Inogen, Inc. (INGN)**                                                                                    **Paragon Fund  Management, LLC**

**List of Purchases and Sales**

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Put(INGN) Dec 21 '18// $135 | 12/24/2018 | Option Exercise | 10 | $0.0000 |
| Call(INGN) Dec 21 '18// $140 | 12/19/2018 | Bought To Open | 2 | $0.0800 |
| Call(INGN) Dec 21 '18// $140 | 12/24/2018 | Option Expiration | 2 | $0.0000 |
| Call(INGN) Dec 21 '18// $160 | 12/10/2018 | Bought To Cover | 2 | $0.4000 |
| Call(INGN) Dec 21 '18// $160 | 11/16/2018 | Sold Short | 3 | $2.6800 |
| Call(INGN) Dec 21 '18// $160 | 11/16/2018 | Sold Short | 2 | $2.6900 |
| Call(INGN) Dec 21 '18// $160 | 12/10/2018 | Bought To Cover | 1 | $0.7000 |
| Call(INGN) Dec 21 '18// $160 | 12/24/2018 | Option Expiration | 2 | $0.0000 |
| Put(INGN) Dec 21 '18// $90 | 11/19/2018 | Bought To Open | 5 | $0.5000 |
| Put(INGN) Dec 21 '18// $90 | 12/24/2018 | Option Expiration | 5 | $0.0000 |
| Call(INGN) Mar 15 '19// $100 | 12/20/2018 | Bought To Open | 10 | $26.2000 |
| Call(INGN) Mar 15 '19// $100 | 12/26/2018 | Bought To Open | 5 | $25.5000 |
| Call(INGN) Mar 15 '19// $110 | 12/26/2018 | Bought To Open | 5 | $17.9900 |
| Call(INGN) Mar 15 '19// $110 | 12/26/2018 | Bought To Open | 10 | $20.9300 |
| Call(INGN) Mar 15 '19// $110 | 2/8/2019 | Bought To Open | 5 | $22.4000 |
| Call(INGN) Mar 15 '19// $110 | 2/11/2019 | Sold To Close | 10 | $31.8000 |
| Put(INGN) Mar 15 '19// $110 | 11/14/2018 | Bought To Open | 5 | $7.7000 |
| Put(INGN) Mar 15 '19// $110 | 2/11/2019 | Bought To Open | 10 | $4.0000 |
| Call(INGN) Mar 15 '19// $115 | 12/20/2018 | Sold Short | 20 | $16.1000 |
| Call(INGN) Mar 15 '19// $115 | 12/26/2018 | Bought To Cover | 5 | $18.7000 |
| Call(INGN) Mar 15 '19// $115 | 1/4/2019 | Bought To Cover | 5 | $22.1000 |
| Call(INGN) Mar 15 '19// $115 | 1/4/2019 | Bought To Cover | 5 | $21.1000 |
| Call(INGN) Mar 15 '19// $115 | 1/7/2019 | Bought To Cover | 2 | $27.4300 |
| Call(INGN) Mar 15 '19// $115 | 1/8/2019 | Bought To Cover | 3 | $29.7000 |
| Call(INGN) Mar 15 '19// $115 | 2/8/2019 | Bought To Open | 15 | $22.9000 |
| Call(INGN) Mar 15 '19// $115 | 2/11/2019 | Sold To Close | 5 | $27.8000 |
| Put(INGN) Mar 15 '19// $115 | 12/20/2018 | Sold Short | 10 | $14.3800 |
| Put(INGN) Mar 15 '19// $115 | 2/11/2019 | Bought To Cover | 5 | $4.3000 |
| Call(INGN) Mar 15 '19// $120 | 12/26/2018 | Sold Short | 5 | $12.8000 |
| Call(INGN) Mar 15 '19// $120 | 12/26/2018 | Sold Short | 10 | $12.0500 |
| Call(INGN) Mar 15 '19// $120 | 1/4/2019 | Bought To Cover | 5 | $18.3100 |
| Call(INGN) Mar 15 '19// $120 | 1/7/2019 | Bought To Cover | 5 | $20.5300 |
| Call(INGN) Mar 15 '19// $120 | 1/8/2019 | Bought To Cover | 5 | $21.0500 |
| Put(INGN) Mar 15 '19// $120 | 12/20/2018 | Bought To Cover | 10 | $17.2800 |
| Put(INGN) Mar 15 '19// $120 | 12/20/2018 | Sold Short | 10 | $15.9300 |
| Call(INGN) Mar 15 '19// $125 | 12/26/2018 | Sold Short | 5 | $13.5000 |
| Call(INGN) Mar 15 '19// $125 | 12/26/2018 | Sold Short | 10 | $12.9700 |
| Call(INGN) Mar 15 '19// $125 | 1/24/2019 | Bought To Cover | 10 | $27.6000 |
| Call(INGN) Mar 15 '19// $125 | 2/8/2019 | Bought To Cover | 5 | $17.7800 |
| Put(INGN) Mar 15 '19// $125 | 12/17/2018 | Sold Short | 10 | $13.5700 |
| Put(INGN) Mar 15 '19// $125 | 12/20/2018 | Bought To Cover | 10 | $18.8700 |
| Put(INGN) Mar 15 '19// $125 | 2/13/2019 | Bought To Open | 10 | $6.9000 |
| Call(INGN) Mar 15 '19// $130 | 12/20/2018 | Bought To Open | 10 | $8.7000 |
| Call(INGN) Mar 15 '19// $130 | 1/4/2019 | Sold Short | 5 | $13.5000 |
| Call(INGN) Mar 15 '19// $130 | 1/4/2019 | Sold To Close | 5 | $12.9500 |
| Call(INGN) Mar 15 '19// $130 | 1/4/2019 | Sold To Close | 5 | $13.0900 |
| Call(INGN) Mar 15 '19// $130 | 1/8/2019 | Sold Short | 10 | $14.9700 |
| Call(INGN) Mar 15 '19// $130 | 1/9/2019 | Bought To Cover | 3 | $18.7000 |
| Call(INGN) Mar 15 '19// $130 | 1/9/2019 | Bought To Cover | 2 | $18.1000 |

**Inogen, Inc. (INGN)**                                                      **Paragon Fund  Management, LLC**

**List of Purchases and Sales**

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Call(INGN) Mar 15 '19// $130 | 1/15/2019 | Bought To Cover | 3 | $22.7700 |
| Call(INGN) Mar 15 '19// $130 | 1/15/2019 | Bought To Cover | 2 | $20.6100 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Bought To Cover | 5 | $15.9500 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Bought To Cover | 5 | $17.6000 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Bought To Cover | 5 | $15.2600 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Bought To Cover | 5 | $15.1700 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold Short | 10 | $9.8000 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold Short | 15 | $11.3200 |
| Call(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold Short | 15 | $11.3300 |
| Call(INGN) Mar 15 '19// $130 | 2/11/2019 | Bought To Cover | 10 | $18.8100 |
| | | | | |
| Put(INGN) Mar 15 '19// $130 | 11/14/2018 | Sold Short | 10 | $15.0000 |
| Put(INGN) Mar 15 '19// $130 | 12/17/2018 | Bought To Cover | 10 | $16.2300 |
| Put(INGN) Mar 15 '19// $130 | 2/5/2019 | Bought To Open | 10 | $6.1000 |
| Put(INGN) Mar 15 '19// $130 | 2/6/2019 | Bought To Open | 35 | $6.1700 |
| Put(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold To Close | 68 | $12.5000 |
| Put(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold To Close | 35 | $10.7300 |
| Put(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold To Close | 10 | $10.5800 |
| Put(INGN) Mar 15 '19// $130 | 2/8/2019 | Sold To Close | 2 | $10.9200 |
| Put(INGN) Mar 15 '19// $130 | 2/8/2019 | Bought To Open | 70 | $7.3700 |
| | | | | |
| Call(INGN) Mar 15 '19// $135 | 1/7/2019 | Sold Short | 5 | $12.3800 |
| Call(INGN) Mar 15 '19// $135 | 1/15/2019 | Bought To Cover | 5 | $22.5600 |
| Call(INGN) Mar 15 '19// $135 | 1/25/2019 | Bought To Open | 5 | $21.1100 |
| Call(INGN) Mar 15 '19// $135 | 2/8/2019 | Sold To Close | 5 | $11.7800 |
| | | | | |
| Put(INGN) Mar 15 '19// $135 | 2/8/2019 | Bought To Cover | 68 | $15.2000 |
| Put(INGN) Mar 15 '19// $135 | 2/8/2019 | Bought To Cover | 35 | $13.4800 |
| Put(INGN) Mar 15 '19// $135 | 2/8/2019 | Bought To Cover | 10 | $13.3300 |
| Put(INGN) Mar 15 '19// $135 | 2/8/2019 | Bought To Cover | 2 | $13.6700 |
| Put(INGN) Mar 15 '19// $135 | 2/8/2019 | Sold Short | 140 | $9.4800 |
| Put(INGN) Mar 15 '19// $135 | 2/13/2019 | Sold Short | 10 | $9.4700 |
| Put(INGN) Mar 15 '19// $135 | 2/13/2019 | Sold Short | 10 | $9.4800 |
| Put(INGN) Mar 15 '19// $135 | 2/25/2019 | Bought To Cover | 15 | $6.2000 |
| | | | | |
| Call(INGN) Mar 15 '19// $140 | 1/7/2019 | Sold Short | 2 | $12.4300 |
| Call(INGN) Mar 15 '19// $140 | 1/8/2019 | Bought To Cover | 5 | $10.3000 |
| Call(INGN) Mar 15 '19// $140 | 1/8/2019 | Sold Short | 3 | $14.0000 |
| Call(INGN) Mar 15 '19// $140 | 1/9/2019 | Sold Short | 3 | $13.4000 |
| Call(INGN) Mar 15 '19// $140 | 1/9/2019 | Sold Short | 2 | $12.9000 |
| Call(INGN) Mar 15 '19// $140 | 1/18/2019 | Bought To Cover | 5 | $21.1200 |
| Call(INGN) Mar 15 '19// $140 | 2/8/2019 | Sold Short | 5 | $10.1900 |
| Call(INGN) Mar 15 '19// $140 | 2/8/2019 | Sold Short | 5 | $10.1500 |
| Call(INGN) Mar 15 '19// $140 | 2/22/2019 | Bought To Cover | 10 | $11.1300 |
| | | | | |
| Put(INGN) Mar 15 '19// $140 | 2/6/2019 | Sold Short | 70 | $10.2800 |
| Put(INGN) Mar 15 '19// $140 | 2/8/2019 | Bought To Cover | 70 | $12.0100 |
| | | | | |
| Call(INGN) Mar 15 '19// $145 | 1/15/2019 | Sold Short | 3 | $13.9300 |
| Call(INGN) Mar 15 '19// $145 | 1/15/2019 | Sold Short | 2 | $12.3500 |
| Call(INGN) Mar 15 '19// $145 | 1/24/2019 | Sold Short | 20 | $13.8000 |
| Call(INGN) Mar 15 '19// $145 | 1/31/2019 | Bought To Cover | 10 | $18.5000 |
| Call(INGN) Mar 15 '19// $145 | 2/8/2019 | Sold Short | 10 | $7.9500 |
| Call(INGN) Mar 15 '19// $145 | 2/8/2019 | Sold Short | 10 | $8.3000 |
| Call(INGN) Mar 15 '19// $145 | 2/8/2019 | Sold Short | 5 | $7.8400 |
| Call(INGN) Mar 15 '19// $145 | 2/8/2019 | Sold Short | 5 | $7.8200 |
| Call(INGN) Mar 15 '19// $145 | 2/8/2019 | Bought To Cover | 15 | $3.1000 |
| Call(INGN) Mar 15 '19// $145 | 2/11/2019 | Sold Short | 10 | $9.9700 |
| Call(INGN) Mar 15 '19// $145 | 2/22/2019 | Sold Short | 10 | $8.5500 |
| | | | | |
| Put(INGN) Mar 15 '19// $145 | 2/5/2019 | Sold Short | 20 | $10.3500 |
| Put(INGN) Mar 15 '19// $145 | 2/13/2019 | Bought To Cover | 10 | $13.5000 |

**Inogen, Inc. (INGN)**                                              **Paragon Fund  Management, LLC**

### List of Purchases and Sales

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Call(INGN) Mar 15 '19// $150 | 1/15/2019 | Sold Short | 5 | $14.0600 |
| Call(INGN) Mar 15 '19// $150 | 1/25/2019 | Sold Short | 5 | $12.3300 |
| Call(INGN) Mar 15 '19// $150 | 2/8/2019 | Bought To Cover | 5 | $3.6000 |
| Call(INGN) Mar 15 '19// $150 | 2/11/2019 | Bought To Cover | 5 | $6.5000 |
| Put(INGN) Mar 15 '19// $150 | 11/7/2018 | Sold Short | 3 | $17.5000 |
| Put(INGN) Mar 15 '19// $150 | 11/7/2018 | Sold Short | 2 | $17.2300 |
| Put(INGN) Mar 15 '19// $150 | 11/14/2018 | Bought To Cover | 5 | $26.3800 |
| Put(INGN) Mar 15 '19// $150 | 2/6/2019 | Bought To Open | 35 | $15.9700 |
| Put(INGN) Mar 15 '19// $150 | 2/11/2019 | Sold To Close | 5 | $17.9000 |
| Put(INGN) Mar 15 '19// $150 | 2/25/2019 | Sold To Close | 30 | $11.6200 |
| Call(INGN) Mar 15 '19// $155 | 1/18/2019 | Sold Short | 5 | $12.5700 |
| Call(INGN) Mar 15 '19// $155 | 1/31/2019 | Sold Short | 10 | $12.9000 |
| Call(INGN) Mar 15 '19// $155 | 2/8/2019 | Bought To Cover | 5 | $4.9700 |
| Call(INGN) Mar 15 '19// $155 | 2/8/2019 | Bought To Cover | 5 | $5.0000 |
| Call(INGN) Mar 15 '19// $155 | 2/25/2019 | Bought To Cover | 5 | $5.6800 |
| Call(INGN) Mar 15 '19// $160 | 2/8/2019 | Bought To Open | 5 | $3.4500 |
| Call(INGN) Mar 15 '19// $160 | 2/8/2019 | Bought To Open | 5 | $2.1500 |
| Call(INGN) Mar 15 '19// $160 | 2/11/2019 | Bought To Open | 10 | $2.8800 |
| Call(INGN) Mar 15 '19// $160 | 2/25/2019 | Bought To Open | 5 | $4.4200 |
| Put(INGN) Mar 15 '19// $160 | 2/5/2019 | Bought To Open | 10 | $18.6000 |
| Put(INGN) Mar 15 '19// $160 | 2/11/2019 | Sold To Close | 10 | $25.0000 |
| Call(INGN) Mar 15 '19// $165 | 1/24/2019 | Bought To Open | 10 | $4.8000 |
| Call(INGN) Mar 15 '19// $165 | 2/25/2019 | Sold To Close | 5 | $3.1200 |
| Call(INGN) Mar 15 '19// $165 | 2/25/2019 | Sold To Close | 5 | $2.8800 |
| Put(INGN) Mar 15 '19// $165 | 2/25/2019 | Bought To Open | 15 | $20.5000 |
| Put(INGN) Nov 16 '18// $120 | 11/14/2018 | Bought To Open | 5 | $0.5500 |
| Put(INGN) Nov 16 '18// $120 | 11/19/2018 | Option Expiration | 5 | $0.0000 |
| Put(INGN) Nov 16 '18// $125 | 11/7/2018 | Bought To Open | 10 | $3.0000 |
| Put(INGN) Nov 16 '18// $125 | 11/19/2018 | Option Expiration | 10 | $0.0000 |
| Call(INGN) Nov 16 '18// $130 | 11/12/2018 | Bought To Open | 10 | $10.7000 |
| Call(INGN) Nov 16 '18// $130 | 11/14/2018 | Sold Short | 5 | $3.9500 |
| Call(INGN) Nov 16 '18// $130 | 11/14/2018 | Sold To Close | 10 | $4.7000 |
| Call(INGN) Nov 16 '18// $130 | 11/15/2018 | Bought To Cover | 2 | $7.8000 |
| Call(INGN) Nov 16 '18// $130 | 11/15/2018 | Bought To Cover | 3 | $7.3000 |
| Put(INGN) Nov 16 '18// $130 | 11/14/2018 | Sold Short | 10 | $2.6500 |
| Put(INGN) Nov 16 '18// $130 | 11/16/2018 | Bought To Cover | 2 | $0.4500 |
| Put(INGN) Nov 16 '18// $130 | 11/16/2018 | Bought To Cover | 3 | $0.4000 |
| Put(INGN) Nov 16 '18// $130 | 11/19/2018 | Option Expiration | 5 | |
| Call(INGN) Nov 16 '18// $135 | 11/12/2018 | Sold Short | 10 | $6.2000 |
| Call(INGN) Nov 16 '18// $135 | 11/14/2018 | Bought To Cover | 5 | $1.7000 |
| Call(INGN) Nov 16 '18// $135 | 11/16/2018 | Bought To Cover | 3 | $6.2200 |
| Call(INGN) Nov 16 '18// $135 | 11/16/2018 | Bought To Cover | 2 | $6.1900 |
| Put(INGN) Nov 16 '18// $135 | 11/8/2018 | Bought To Open | 8 | $1.6500 |
| Put(INGN) Nov 16 '18// $135 | 11/8/2018 | Bought To Open | 2 | $0.8600 |
| Put(INGN) Nov 16 '18// $135 | 11/14/2018 | Sold To Close | 10 | $4.5300 |
| Call(INGN) Nov 16 '18// $140 | 11/8/2018 | Bought To Open | 10 | $15.7000 |
| Call(INGN) Nov 16 '18// $140 | 11/12/2018 | Sold To Close | 10 | $3.3000 |
| Put(INGN) Nov 16 '18// $140 | 11/12/2018 | Sold Short | 20 | $3.3300 |
| Put(INGN) Nov 16 '18// $140 | 11/14/2018 | Bought To Cover | 5 | $9.5700 |

**Inogen, Inc. (INGN)**                                                                                     **Paragon Fund  Management, LLC**

### List of Purchases and Sales

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Put(INGN) Nov 16 '18// $140 | 11/14/2018 | Bought To Cover | 10 | $8.1800 |
| Put(INGN) Nov 16 '18// $140 | 11/19/2018 | Option Expiration | 5 | |
| | | | | |
| Call(INGN) Nov 16 '18// $145 | 11/12/2018 | Bought To Open | 10 | $1.2000 |
| Call(INGN) Nov 16 '18// $145 | 11/14/2018 | Bought To Open | 5 | $0.1500 |
| Call(INGN) Nov 16 '18// $145 | 11/19/2018 | Option Expiration | 15 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $145 | 11/8/2018 | Sold Short | 8 | $3.0700 |
| Put(INGN) Nov 16 '18// $145 | 11/8/2018 | Sold Short | 8 | $3.0600 |
| Put(INGN) Nov 16 '18// $145 | 11/8/2018 | Sold Short | 4 | $3.2600 |
| Put(INGN) Nov 16 '18// $145 | 11/12/2018 | Bought To Cover | 15 | $6.2300 |
| Put(INGN) Nov 16 '18// $145 | 11/12/2018 | Bought To Cover | 5 | $6.2200 |
| | | | | |
| Call(INGN) Nov 16 '18// $150 | 11/8/2018 | Sold Short | 10 | $7.2300 |
| Call(INGN) Nov 16 '18// $150 | 11/8/2018 | Sold Short | 10 | $7.2200 |
| Call(INGN) Nov 16 '18// $150 | 11/14/2018 | Bought To Cover | 10 | $0.2500 |
| Call(INGN) Nov 16 '18// $150 | 11/19/2018 | Option Expiration | 10 | |
| | | | | |
| Put(INGN) Nov 16 '18// $150 | 11/7/2018 | Bought To Open | 10 | $3.5100 |
| Put(INGN) Nov 16 '18// $150 | 11/8/2018 | Sold To Close | 10 | $6.1000 |
| | | | | |
| Put(INGN) Nov 16 '18// $155 | 11/7/2018 | Sold Short | 20 | $7.9500 |
| Put(INGN) Nov 16 '18// $155 | 11/8/2018 | Bought To Cover | 8 | $7.9000 |
| Put(INGN) Nov 16 '18// $155 | 11/8/2018 | Bought To Cover | 2 | $9.0100 |
| Put(INGN) Nov 16 '18// $155 | 11/8/2018 | Bought To Cover | 10 | $9.3500 |
| | | | | |
| Call(INGN) Nov 16 '18// $160 | 11/8/2018 | Bought To Open | 10 | $1.7000 |
| Call(INGN) Nov 16 '18// $160 | 11/19/2018 | Option Expiration | 10 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $160 | 11/7/2018 | Sold Short | 10 | $7.2700 |
| Put(INGN) Nov 16 '18// $160 | 11/7/2018 | Sold Short | 10 | $7.2800 |
| Put(INGN) Nov 16 '18// $160 | 11/19/2018 | Option Assignment | 20 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $170 | 10/23/2018 | Bought To Open | 5 | $6.1000 |
| Put(INGN) Nov 16 '18// $170 | 11/7/2018 | Bought To Open | 10 | $14.0400 |
| Put(INGN) Nov 16 '18// $170 | 11/19/2018 | Option Exercise | 15 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $175 | 10/31/2018 | Bought To Open | 5 | $6.9000 |
| Put(INGN) Nov 16 '18// $175 | 11/19/2018 | Option Exercise | 5 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $180 | 11/5/2018 | Bought To Open | 5 | $9.3000 |
| Put(INGN) Nov 16 '18// $180 | 11/12/2018 | Sold To Close | 2 | $31.9400 |
| Put(INGN) Nov 16 '18// $180 | 11/19/2018 | Option Exercise | 3 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $185 | 10/25/2018 | Sold Short | 5 | $12.1900 |
| Put(INGN) Nov 16 '18// $185 | 10/26/2018 | Sold Short | 5 | $13.8100 |
| Put(INGN) Nov 16 '18// $185 | 11/5/2018 | Sold Short | 10 | $11.7400 |
| Put(INGN) Nov 16 '18// $185 | 11/7/2018 | Bought To Cover | 10 | $31.5000 |
| Put(INGN) Nov 16 '18// $185 | 11/7/2018 | Bought To Cover | 3 | $35.5000 |
| Put(INGN) Nov 16 '18// $185 | 11/7/2018 | Bought To Cover | 2 | $35.3300 |
| Put(INGN) Nov 16 '18// $185 | 11/12/2018 | Option Assignment | 2 | $0.0000 |
| Put(INGN) Nov 16 '18// $185 | 11/19/2018 | Option Assignment | 3 | $0.0000 |
| | | | | |
| Put(INGN) Nov 16 '18// $190 | 10/23/2018 | Sold Short | 5 | $11.7700 |
| Put(INGN) Nov 16 '18// $190 | 10/23/2018 | Sold Short | 5 | $11.7800 |
| Put(INGN) Nov 16 '18// $190 | 10/26/2018 | Bought To Cover | 5 | $16.4800 |
| Put(INGN) Nov 16 '18// $190 | 11/5/2018 | Bought To Cover | 5 | $14.5600 |
| | | | | |
| Put(INGN) Nov 16 '18// $195 | 10/25/2018 | Bought To Open | 5 | $17.5200 |
| Put(INGN) Nov 16 '18// $195 | 10/31/2018 | Sold To Close | 5 | $12.5000 |
| | | | | |
| Call(INGN) Nov 16 '18// $200 | 10/23/2018 | Sold to Open | 5 | $14.0000 |
| Call(INGN) Nov 16 '18// $200 | 11/19/2018 | Option Expiration | 5 | |

**Inogen, Inc. (INGN)**                                                                      **Paragon Fund  Management, LLC**

### List of Purchases and Sales

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Put(INGN) Nov 16 '18// $200 | 10/31/2018 | Sold Short | 5 | $15.6000 |
| Put(INGN) Nov 16 '18// $200 | 11/9/2018 | Option Assignment | 5 | |
| Put(INGN) Nov 16 '18// $210 | 10/23/2018 | Bought To Open | 5 | $22.0000 |
| Put(INGN) Nov 16 '18// $210 | 11/9/2018 | Option Exercise | 5 | $0.0000 |
| Put(INGN) Nov 16 '18// $220 | 10/31/2018 | Bought To Open | 5 | $26.5000 |
| Put(INGN) Nov 16 '18// $220 | 11/9/2018 | Option Exercise | 5 | $0.0000 |
| Call(INGN) Oct 19 '18// $290 | 9/14/2018 | Sold Short | 10 | $7.9100 |
| Call(INGN) Sep 21 '18// $230 | 8/23/2018 | Bought To Open | 5 | $17.6000 |
| Call(INGN) Sep 21 '18// $230 | 8/24/2018 | Bought To Open | 5 | $19.6600 |
| Call(INGN) Sep 21 '18// $230 | 9/21/2018 | Exercised | 10 | $0.0000 |
| Call(INGN) Sep 21 '18// $240 | 8/13/2018 | Sold Short | 2 | $4.8000 |
| Call(INGN) Sep 21 '18// $240 | 8/16/2018 | Sold Short | 8 | $6.7400 |
| Call(INGN) Sep 21 '18// $240 | 8/28/2018 | Bought To Cover | 5 | $15.2000 |
| Call(INGN) Sep 21 '18// $240 | 8/29/2018 | Bought To Cover | 5 | $19.9700 |
| Call(INGN) Sep 21 '18// $240 | 9/5/2018 | Bought To Open | 2 | $15.1500 |
| Call(INGN) Sep 21 '18// $240 | 9/5/2018 | Bought To Open | 2 | $15.1800 |
| Call(INGN) Sep 21 '18// $240 | 9/5/2018 | Bought To Open | 4 | $15.2000 |
| Call(INGN) Sep 21 '18// $240 | 9/5/2018 | Bought To Open | 2 | $14.7500 |
| Call(INGN) Sep 21 '18// $240 | 9/21/2018 | Exercised | 10 | $0.0000 |
| Put(INGN) Sep 21 '18// $240 | 9/19/2018 | Bought To Open | 12 | $0.5000 |
| Put(INGN) Sep 21 '18// $240 | 9/20/2018 | Bought To Open | 12 | $0.4500 |
| Put(INGN) Sep 21 '18// $240 | 9/20/2018 | Bought To Open | 2 | $0.3100 |
| Put(INGN) Sep 21 '18// $240 | 9/20/2018 | Bought To Open | 2 | $0.3100 |
| Put(INGN) Sep 21 '18// $240 | 9/20/2018 | Bought To Open | 1 | $0.3300 |
| Put(INGN) Sep 21 '18// $240 | 9/24/2018 | Expired | 29 | $0.0000 |
| Call(INGN) Sep 21 '18// $250 | 8/23/2018 | Sold Short | 5 | $6.2000 |
| Call(INGN) Sep 21 '18// $250 | 8/24/2018 | Sold Short | 5 | $6.6900 |
| Call(INGN) Sep 21 '18// $250 | 8/30/2018 | Bought To Cover | 10 | $15.2900 |
| Call(INGN) Sep 21 '18// $250 | 9/5/2018 | Sold Short | 8 | $7.9000 |
| Call(INGN) Sep 21 '18// $250 | 9/5/2018 | Sold Short | 4 | $7.9200 |
| Call(INGN) Sep 21 '18// $250 | 9/5/2018 | Sold Short | 4 | $7.9400 |
| Call(INGN) Sep 21 '18// $250 | 9/5/2018 | Sold Short | 4 | $7.7600 |
| Call(INGN) Sep 21 '18// $250 | 9/12/2018 | Bought To Cover | 10 | $16.0000 |
| Call(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Open | 5 | $13.1000 |
| Call(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Cover | 9 | $15.0600 |
| Call(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Cover | 1 | $15.0500 |
| Call(INGN) Sep 21 '18// $250 | 9/21/2018 | Sold To Close | 5 | $5.0000 |
| Put(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Open | 1 | $1.6000 |
| Put(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Open | 1 | $1.1700 |
| Put(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Open | 10 | $1.1500 |
| Put(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Open | 11 | $1.1300 |
| Put(INGN) Sep 21 '18// $250 | 9/17/2018 | Bought To Open | 2 | $1.0800 |
| Put(INGN) Sep 21 '18// $250 | 9/19/2018 | Sold To Close | 24 | $1.5700 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold Short | 24 | $0.7500 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold Short | 4 | $1.1800 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold Short | 2 | $1.2000 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold Short | 2 | $1.1900 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold Short | 1 | $1.3100 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold Short | 1 | $1.3000 |
| Put(INGN) Sep 21 '18// $250 | 9/20/2018 | Sold To Close | 1 | $1.3300 |
| Put(INGN) Sep 21 '18// $250 | 9/24/2018 | Expired | 34 | $0.0000 |
| Call(INGN) Sep 21 '18// $260 | 8/28/2018 | Sold Short | 5 | $3.8600 |
| Call(INGN) Sep 21 '18// $260 | 8/29/2018 | Sold Short | 5 | $6.0800 |

**Inogen, Inc. (INGN)**                                                                      **Paragon Fund  Management, LLC**

**List of Purchases and Sales**

| Security Type | Date | Transaction Type | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Call(INGN) Sep 21 '18// $260 | 9/5/2018 | Bought To Cover | 4 | $3.4500 |
| Call(INGN) Sep 21 '18// $260 | 9/5/2018 | Bought To Cover | 2 | $3.4400 |
| Call(INGN) Sep 21 '18// $260 | 9/5/2018 | Bought To Cover | 2 | $3.4200 |
| Call(INGN) Sep 21 '18// $260 | 9/5/2018 | Bought To Cover | 2 | $3.5700 |
| Call(INGN) Sep 21 '18// $260 | 9/11/2018 | Bought To Open | 5 | $16.0000 |
| Call(INGN) Sep 21 '18// $260 | 9/11/2018 | Bought To Open | 5 | $14.2700 |
| Call(INGN) Sep 21 '18// $260 | 9/12/2018 | Bought To Open | 10 | $14.7400 |
| Call(INGN) Sep 21 '18// $260 | 9/12/2018 | Sold To Close | 10 | $8.6000 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Bought To Open | 1 | $11.9500 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Bought To Open | 8 | $11.9100 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Bought To Open | 1 | $11.9000 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Bought To Open | 9 | $11.1800 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Bought To Open | 1 | $10.8400 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold To Close | 10 | $6.2000 |
| Call(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold To Close | 20 | $6.9200 |
| | | | | |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 1 | $3.1700 |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 1 | $3.1600 |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 22 | $3.4500 |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 20 | $3.4600 |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 2 | $3.4000 |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 2 | $3.4300 |
| Put(INGN) Sep 21 '18// $260 | 9/17/2018 | Sold Short | 2 | $3.4500 |
| Put(INGN) Sep 21 '18// $260 | 9/19/2018 | Bought To Cover | 12 | $5.7400 |
| Put(INGN) Sep 21 '18// $260 | 9/20/2018 | Bought To Cover | 12 | $5.7000 |
| Put(INGN) Sep 21 '18// $260 | 9/20/2018 | Bought To Cover | 2 | $6.6500 |
| Put(INGN) Sep 21 '18// $260 | 9/20/2018 | Bought To Cover | 1 | $6.6200 |
| Put(INGN) Sep 21 '18// $260 | 9/20/2018 | Bought To Cover | 1 | $6.5800 |
| Put(INGN) Sep 21 '18// $260 | 9/20/2018 | Bought To Cover | 1 | $6.5300 |
| Put(INGN) Sep 21 '18// $260 | 9/20/2018 | Bought To Cover | 1 | $6.4300 |
| Put(INGN) Sep 21 '18// $260 | 9/21/2018 | Bought to Cover | 15 | $4.7000 |
| Put(INGN) Sep 21 '18// $260 | 9/21/2018 | Assigned | 5 | $0.0000 |
| | | | | |
| Call(INGN) Sep 21 '18// $270 | 8/30/2018 | Sold Short | 10 | $3.9400 |
| Call(INGN) Sep 21 '18// $270 | 9/12/2018 | Sold Short | 10 | $2.2000 |
| Call(INGN) Sep 21 '18// $270 | 9/13/2018 | Bought To Cover | 10 | $13.6200 |
| Call(INGN) Sep 21 '18// $270 | 9/14/2018 | Bought To Cover | 10 | $14.6800 |
| Call(INGN) Sep 21 '18// $270 | 9/17/2018 | Sold Short | 2 | $5.0000 |
| Call(INGN) Sep 21 '18// $270 | 9/17/2018 | Sold Short | 18 | $5.0200 |
| Call(INGN) Sep 21 '18// $270 | 9/17/2018 | Sold Short | 18 | $4.6200 |
| Call(INGN) Sep 21 '18// $270 | 9/17/2018 | Sold Short | 2 | $4.4000 |
| Call(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Cover | 5 | $2.6500 |
| Call(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Cover | 10 | $2.1300 |
| Call(INGN) Sep 21 '18// $270 | 9/24/2018 | Expired | 25 | $0.0000 |
| | | | | |
| Put(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Open | 1 | $8.1000 |
| Put(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Open | 1 | $8.9300 |
| Put(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Open | 21 | $9.0700 |
| Put(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Open | 1 | $9.1600 |
| Put(INGN) Sep 21 '18// $270 | 9/17/2018 | Bought To Open | 1 | $9.1700 |
| Put(INGN) Sep 21 '18// $270 | 9/21/2018 | Exercised | 25 | $0.0000 |
| | | | | |
| Call(INGN) Sep 21 '18// $280 | 9/11/2018 | Sold Short | 5 | $3.3000 |
| Call(INGN) Sep 21 '18// $280 | 9/11/2018 | Sold Short | 5 | $2.3200 |
| Call(INGN) Sep 21 '18// $280 | 9/12/2018 | Sold Short | 20 | $2.2700 |
| Call(INGN) Sep 21 '18// $280 | 9/12/2018 | Bought To Cover | 10 | $0.5000 |
| Call(INGN) Sep 21 '18// $280 | 9/17/2018 | Bought To Cover | 1 | $1.5600 |
| Call(INGN) Sep 21 '18// $280 | 9/17/2018 | Bought To Cover | 9 | $1.5800 |
| Call(INGN) Sep 21 '18// $280 | 9/17/2018 | Bought To Cover | 9 | $1.4900 |
| Call(INGN) Sep 21 '18// $280 | 9/17/2018 | Bought To Cover | 1 | $1.3600 |
| | | | | |
| Call(INGN) Sep 21 '18// $290 | 9/12/2018 | Bought To Open | 10 | $0.7000 |
| Call(INGN) Sep 21 '18// $290 | 9/13/2018 | Sold To Close | 10 | $2.6200 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _Susan S. Murphy_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Inogen, Inc. ("Inogen" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Inogen securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Inogen securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Inogen securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.


Executed  4.29-19
          (Date)


_____
         (Signature)

Susan S Murphy
_____
       (Type or Print Name)

**Inogen, Inc. (INGN)**                                                           **Murphy, Susan S.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 11/20/2018 | Purchase | 500 | $138.4300 |
| 5/24/2018 | Purchase | 500 | $170.6700 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, _Douglas A Murphy_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Inogen, Inc. ("Inogen" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire Inogen securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Inogen securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Inogen securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.


Executed ___4-29-19_____
           (Date)


_____
(Signature)

___Douglas A Murphy_____
(Type or Print Name)

**Inogen, Inc. (INGN)**                                                         **Murphy, Douglas A.**

### List of Purchases and Sales

| Date | Purchase<br>or Sale | Number of<br>Shares/Unit | Price Per<br>Share/Unit |
|---|---|---|---|
| 11/20/2018 | Purchase | 500 | $138.4300 |
| 5/24/2018 | Purchase | 250 | $170.8877 |

**SWORN CERTIFICATION OF PLAINTIFF**

**INOGEN, INC. SECURITIES LITIGATION**

I, Ronald J. Lynch individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Inogen, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Inogen, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

5/6/2019
_____
Date

DocuSigned by:

Ronald J. Lynch

A26CE4DEB0F8426...
_____
Ronald J. Lynch

**Inogen, Inc. (INGN)**                                                          **Lynch, Ronald**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 8/8/2018 | Purchase | 1,000 | $231.0000 |