# EXHIBIT C

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Paragon Fund  Management, LLC** | | | | | | | | | | | | |
| Common Stock | Common Stock | 8/13/2018 | 500 | $224.8800 | ($112,440) | 9/21/2018 | (2,500) | $270.0000 | $675,000 | | | |
| Common Stock | Common Stock | 9/21/2018 | 1,000 | $230.0000 | ($230,000) | 11/9/2018 | (500) | $220.0000 | $110,000 | | | |
| Common Stock | Common Stock | 9/21/2018 | 1,000 | $240.0000 | ($240,000) | 11/9/2018 | (500) | $210.0000 | $105,000 | | | |
| Common Stock | Common Stock | 9/21/2018 | 500 | $260.0000 | ($130,000) | 11/12/2018 | (200) | $148.0100 | $29,602 | | | |
| Common Stock | Common Stock | 11/9/2018 | 500 | $200.0000 | ($100,000) | 11/19/2018 | (300) | $180.0000 | $54,000 | | | |
| Common Stock | Common Stock | 11/12/2018 | 200 | $185.0000 | ($37,000) | 11/19/2018 | (500) | $175.0000 | $87,500 | | | |
| Common Stock | Common Stock | 11/19/2018 | 2,000 | $160.0000 | ($320,000) | 11/19/2018 | (1,500) | $170.0000 | $255,000 | | | |
| Common Stock | Common Stock | 11/19/2018 | 300 | $185.0000 | ($55,500) | 12/24/2018 | (1,000) | $135.0000 | $135,000 | | | |
| Common Stock | Common Stock | 12/24/2018 | 1,000 | $120.0000 | ($120,000) | | | | | | | |
| **Common Stock** | **Common Stock** | | **7,000** | | **($1,344,940)** | | **(7,000)** | | **$1,451,102** | **0** | **$0** | **$106,162** |
| **Options** | | | | | | | | | | | | |
| Options | Call(INGN) Aug 17 '18// $230 | 8/16/2018 | 8 | $3.5400 | ($2,832) | 8/13/2018 | (3) | $1.6500 | $495 | | | |
| Options | Call(INGN) Aug 17 '18// $230 | | | | | 8/13/2018 | (5) | $1.7500 | $875 | | | |
| **Options** | **Call(INGN) Aug 17 '18// $230** | | **8** | | **($2,832)** | | **(8)** | | **$1,370** | **0** | | **($1,462)** |
| **Options** | **Put(INGN) Dec 21 '18// $105** | **12/19/2018** | **3** | **$0.3900** | **($117)** | **12/24/2018** | **(3)** | **Expired** | **$0** | **0** | | **($117)** |
| **Options** | **Put(INGN) Dec 21 '18// $110** | **12/19/2018** | **2** | **$0.3200** | **($64)** | **12/24/2018** | **(2)** | **Expired** | **$0** | **0** | | **($64)** |
| Options | Put(INGN) Dec 21 '18// $115 | 12/10/2018 | 2 | $0.7800 | ($156) | 12/20/2018 | (5) | $2.4200 | $1,210 | | | |
| Options | Put(INGN) Dec 21 '18// $115 | 12/10/2018 | 1 | $0.4000 | ($40) | | | | | | | |
| Options | Put(INGN) Dec 21 '18// $115 | 12/17/2018 | 1 | $1.0800 | ($108) | | | | | | | |
| Options | Put(INGN) Dec 21 '18// $115 | 12/17/2018 | 1 | $1.0000 | ($100) | | | | | | | |
| **Options** | **Put(INGN) Dec 21 '18// $115** | | **5** | | **($404)** | | **(5)** | | **$1,210** | **0** | | **$806** |
| **Options** | **Call(INGN) Dec 21 '18// $120** | **12/17/2018** | **5** | **$9.9000** | **($4,950)** | **12/24/2018** | **(5)** | **Expired** | **$0** | **0** | | **($4,950)** |
| **Options** | **Put(INGN) Dec 21 '18// $120** | **12/24/2018** | **10** | **Assigned** | **$0** | **12/19/2018** | **(10)** | **$3.0900** | **$3,090** | **0** | | **$3,090** |
| Options | Call(INGN) Dec 21 '18// $125 | 12/14/2018 | 10 | $7.7500 | ($7,750) | 12/17/2018 | (5) | $4.9800 | $2,490 | | | |
| Options | Call(INGN) Dec 21 '18// $125 | | | | | 12/17/2018 | (5) | $4.9700 | $2,485 | | | |
| **Options** | **Call(INGN) Dec 21 '18// $125** | | **10** | | **($7,750)** | | **(10)** | | **$4,975** | **0** | | **($2,775)** |
| Options | Put(INGN) Dec 21 '18// $125 | 12/19/2018 | 10 | $5.9800 | ($5,980) | 12/17/2018 | (5) | $2.3800 | $1,190 | | | |
| Options | Put(INGN) Dec 21 '18// $125 | | | | | 12/17/2018 | (5) | $2.3300 | $1,165 | | | |
| **Options** | **Put(INGN) Dec 21 '18// $125** | | **10** | | **($5,980)** | | **(10)** | | **$2,355** | **0** | | **($3,625)** |
| Options | Call(INGN) Dec 21 '18// $130 | 12/17/2018 | 5 | $1.3000 | ($650) | 12/14/2018 | (20) | $4.1500 | $8,300 | | | |
| Options | Call(INGN) Dec 21 '18// $130 | 12/24/2018 | 15 | Expired | $0 | | | | | | | |
| **Options** | **Call(INGN) Dec 21 '18// $130** | | **20** | | **($650)** | | **(20)** | | **$8,300** | **0** | | **$7,650** |
| Options | Put(INGN) Dec 21 '18// $130 | 12/20/2018 | 5 | $13.7200 | ($6,860) | 11/16/2018 | (3) | $4.9400 | $1,482 | | | |
| Options | Put(INGN) Dec 21 '18// $130 | | | | | 11/16/2018 | (2) | $4.9500 | $990 | | | |
| **Options** | **Put(INGN) Dec 21 '18// $130** | | **5** | | **($6,860)** | | **(5)** | | **$2,472** | **0** | | **($4,388)** |
| Options | Call(INGN) Dec 21 '18// $135 | 12/14/2018 | 10 | $1.8500 | ($1,850) | 12/24/2018 | (13) | Expired | $0 | | | |
| Options | Call(INGN) Dec 21 '18// $135 | 12/19/2018 | 3 | $0.0100 | ($3) | | | | | | | |
| **Options** | **Call(INGN) Dec 21 '18// $135** | | **13** | | **($1,853)** | | **(13)** | | **$0** | **0** | | **($1,853)** |
| Options | Put(INGN) Dec 21 '18// $135 | 12/17/2018 | 5 | $8.8000 | ($4,400) | 12/24/2018 | (10) | Exercised | $0 | | | |

*Avg Closing Prices from Feb 27 to May 3

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Options | Put(INGN) Dec 21 '18// $135 | 12/17/2018 | 5 | $8.7300 | ($4,365) | | | | | | | |
| **Options** | **Put(INGN) Dec 21 '18// $135** | | **10** | | **($8,765)** | | **(10)** | | **$0** | **0** | | **($8,765)** |
| **Options** | **Call(INGN) Dec 21 '18// $140** | **12/19/2018** | **2** | **$0.0800** | **($16)** | **12/24/2018** | **(2)** | **Expired** | **$0** | **0** | | **($16)** |
| Options | Call(INGN) Dec 21 '18// $160 | 12/10/2018 | 2 | $0.4000 | ($80) | 11/16/2018 | (3) | $2.6800 | $804 | | | |
| Options | Call(INGN) Dec 21 '18// $160 | 12/10/2018 | 1 | $0.7000 | ($70) | 11/16/2018 | (2) | $2.6900 | $538 | | | |
| Options | Call(INGN) Dec 21 '18// $160 | 12/24/2018 | 2 | Expired | $0 | | | | | | | |
| **Options** | **Call(INGN) Dec 21 '18// $160** | | **5** | | **($150)** | | **(5)** | | **$1,342** | **0** | | **$1,192** |
| **Options** | **Put(INGN) Dec 21 '18// $90** | **11/19/2018** | **5** | **$0.5000** | **($250)** | **12/24/2018** | **(5)** | **Expired** | **$0** | **0** | | **($250)** |
| Options | Call(INGN) Mar 15 '19// $100 | 12/20/2018 | 10 | $26.2000 | ($26,200) | 3/5/2019 | (15) | $4.6000 | $6,900 | | | |
| Options | Call(INGN) Mar 15 '19// $100 | 12/26/2018 | 5 | $25.5000 | ($12,750) | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $100** | | **15** | | **($38,950)** | | **(15)** | | **$6,900** | **15** | | **($32,050)** |
| Options | Call(INGN) Mar 15 '19// $110 | 12/26/2018 | 5 | $17.9900 | ($8,995) | 2/11/2019 | (10) | $31.8000 | $31,800 | | | |
| Options | Call(INGN) Mar 15 '19// $110 | 12/26/2018 | 10 | $20.9300 | ($20,930) | 2/27/2019 | (10) | $6.0500 | $6,050 | | | |
| Options | Call(INGN) Mar 15 '19// $110 | 2/8/2019 | 5 | $22.4000 | ($11,200) | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $110** | | **20** | | **($41,125)** | | **(20)** | | **$37,850** | **10** | | **($3,275)** |
| Options | Put(INGN) Mar 15 '19// $110 | 11/14/2018 | 5 | $7.7000 | ($3,850) | 2/27/2019 | (1) | $6.1700 | $617 | | | |
| Options | Put(INGN) Mar 15 '19// $110 | 2/11/2019 | 10 | $4.0000 | ($4,000) | 2/27/2019 | (10) | $6.2300 | $6,230 | | | |
| Options | Put(INGN) Mar 15 '19// $110 | | | | | 2/27/2019 | (2) | $6.7300 | $1,346 | | | |
| Options | Put(INGN) Mar 15 '19// $110 | | | | | 2/27/2019 | (2) | $6.2800 | $1,256 | | | |
| **Options** | **Put(INGN) Mar 15 '19// $110** | | **15** | | **($7,850)** | | **(15)** | | **$9,449** | **15** | | **$1,599** |
| Options | Call(INGN) Mar 15 '19// $115 | 12/26/2018 | 5 | $18.7000 | ($9,350) | 12/20/2018 | (20) | $16.1000 | $32,200 | | | |
| Options | Call(INGN) Mar 15 '19// $115 | 1/4/2019 | 5 | $22.1000 | ($11,050) | 2/11/2019 | (5) | $27.8000 | $13,900 | | | |
| Options | Call(INGN) Mar 15 '19// $115 | 1/4/2019 | 5 | $21.1000 | ($10,550) | 2/27/2019 | (10) | $3.6300 | $3,630 | | | |
| Options | Call(INGN) Mar 15 '19// $115 | 1/7/2019 | 2 | $27.4300 | ($5,486) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $115 | 1/8/2019 | 3 | $29.7000 | ($8,910) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $115 | 2/8/2019 | 15 | $22.9000 | ($34,350) | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $115** | | **35** | | **($79,696)** | | **(35)** | | **$49,730** | **10** | | **($29,966)** |
| Options | Put(INGN) Mar 15 '19// $115 | 2/11/2019 | 5 | $4.3000 | ($2,150) | 12/20/2018 | (10) | $14.3800 | $14,380 | | | |
| Options | Put(INGN) Mar 15 '19// $115 | 3/1/2019 | 5 | $9.1500 | ($4,575) | | | | | | | |
| **Options** | **Put(INGN) Mar 15 '19// $115** | | **10** | | **($6,725)** | | **(10)** | | **$14,380** | **0** | | **$7,655** |
| Options | Call(INGN) Mar 15 '19// $120 | 1/4/2019 | 5 | $18.3100 | ($9,155) | 12/26/2018 | (5) | $12.8000 | $6,400 | | | |
| Options | Call(INGN) Mar 15 '19// $120 | 1/7/2019 | 5 | $20.5300 | ($10,265) | 12/26/2018 | (10) | $12.0500 | $12,050 | | | |
| Options | Call(INGN) Mar 15 '19// $120 | 1/8/2019 | 5 | $21.0500 | ($10,525) | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $120** | | **15** | | **($29,945)** | | **(15)** | | **$18,450** | **0** | | **($11,495)** |
| **Options** | **Put(INGN) Mar 15 '19// $120** | **12/20/2018** | **10** | **$17.2800** | **($17,280)** | **12/20/2018** | **(10)** | **$15.9300** | **$15,930** | **0** | | **($1,350)** |
| Options | Call(INGN) Mar 15 '19// $125 | 1/24/2019 | 10 | $27.6000 | ($27,600) | 12/26/2018 | (5) | $13.5000 | $6,750 | | | |
| Options | Call(INGN) Mar 15 '19// $125 | 2/8/2019 | 5 | $17.7800 | ($8,890) | 12/26/2018 | (10) | $12.9700 | $12,970 | | | |
| **Options** | **Call(INGN) Mar 15 '19// $125** | | **15** | | **($36,490)** | | **(15)** | | **$19,720** | **0** | | **($16,770)** |
| Options | Put(INGN) Mar 15 '19// $125 | 12/20/2018 | 10 | $18.8700 | ($18,870) | 12/17/2018 | (10) | $13.5700 | $13,570 | | | |
| Options | Put(INGN) Mar 15 '19// $125 | 2/13/2019 | 10 | $6.9000 | ($6,900) | 3/15/2019 | (10) | $30.0000 | $30,000 | | | |
| **Options** | **Put(INGN) Mar 15 '19// $125** | | **20** | | **($25,770)** | | **(20)** | | **$43,570** | **0** | | **$17,800** |

*Avg Closing Prices from Feb 27 to May 3

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Options | Call(INGN) Mar 15 '19// $130 | 12/20/2018 | 10 | $8.7000 | ($8,700) | 1/4/2019 | (5) | $13.5000 | $6,750 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 1/9/2019 | 3 | $18.7000 | ($5,610) | 1/4/2019 | (5) | $12.9500 | $6,475 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 1/9/2019 | 2 | $18.1000 | ($3,620) | 1/4/2019 | (5) | $13.0900 | $6,545 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 1/15/2019 | 3 | $22.7700 | ($6,831) | 1/8/2019 | (10) | $14.9700 | $14,970 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 1/15/2019 | 2 | $20.6100 | ($4,122) | 2/8/2019 | (10) | $9.8000 | $9,800 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 2/8/2019 | 5 | $15.9500 | ($7,975) | 2/8/2019 | (15) | $11.3200 | $16,980 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 2/8/2019 | 5 | $17.6000 | ($8,800) | 2/8/2019 | (15) | $11.3300 | $16,995 | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 2/8/2019 | 5 | $15.2600 | ($7,630) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 2/8/2019 | 5 | $15.1700 | ($7,585) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 2/11/2019 | 10 | $18.8100 | ($18,810) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 2/27/2019 | 5 | $1.2800 | ($640) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $130 | 3/18/2019 | 10 | Expired | $0 | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $130** | | **65** | | **($80,323)** | | **(65)** | | **$78,515** | **0** | | **($1,808)** |
| Options | Put(INGN) Mar 15 '19// $130 | 12/17/2018 | 10 | $16.2300 | ($16,230) | 11/14/2018 | (10) | $15.0000 | $15,000 | | | |
| Options | Put(INGN) Mar 15 '19// $130 | 2/5/2019 | 10 | $6.1000 | ($6,100) | 2/8/2019 | (68) | $12.5000 | $85,000 | | | |
| Options | Put(INGN) Mar 15 '19// $130 | 2/6/2019 | 35 | $6.1700 | ($21,595) | 2/8/2019 | (35) | $10.7300 | $37,555 | | | |
| Options | Put(INGN) Mar 15 '19// $130 | 2/8/2019 | 70 | $7.3700 | ($51,590) | 2/8/2019 | (10) | $10.5800 | $10,580 | | | |
| Options | Put(INGN) Mar 15 '19// $130 | | | | | 2/8/2019 | (2) | $10.9200 | $2,184 | | | |
| **Options** | **Put(INGN) Mar 15 '19// $130** | | **125** | | **($95,515)** | | **(125)** | | **$150,319** | **0** | | **$54,804** |
| Options | Call(INGN) Mar 15 '19// $135 | 1/15/2019 | 5 | $22.5600 | ($11,280) | 1/7/2019 | (5) | $12.3800 | $6,190 | | | |
| Options | Call(INGN) Mar 15 '19// $135 | 1/25/2019 | 5 | $21.1100 | ($10,555) | 2/8/2019 | (5) | $11.7800 | $5,890 | | | |
| **Options** | **Call(INGN) Mar 15 '19// $135** | | **10** | | **($21,835)** | | **(10)** | | **$12,080** | **0** | | **($9,755)** |
| Options | Put(INGN) Mar 15 '19// $135 | 2/8/2019 | 68 | $15.2000 | ($103,360) | 2/8/2019 | (140) | $9.4800 | $132,720 | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/8/2019 | 35 | $13.4800 | ($47,180) | 2/13/2019 | (10) | $9.4700 | $9,470 | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/8/2019 | 10 | $13.3300 | ($13,330) | 2/13/2019 | (10) | $9.4800 | $9,480 | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/8/2019 | 2 | $13.6700 | ($2,734) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/25/2019 | 15 | $6.2000 | ($9,300) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/27/2019 | 2 | $29.2000 | ($5,840) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/27/2019 | 3 | $29.3000 | ($8,790) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/27/2019 | 4 | $27.1100 | ($10,844) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 2/27/2019 | 1 | $27.1600 | ($2,716) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 3/1/2019 | 4 | $25.7700 | ($10,308) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 3/1/2019 | 6 | $25.7900 | ($15,474) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $135 | 3/5/2019 | 10 | Assigned | $0 | | | | | | | |
| **Options** | **Put(INGN) Mar 15 '19// $135** | | **160** | | **($229,876)** | | **(160)** | | **$151,670** | **0** | | **($78,206)** |
| Options | Call(INGN) Mar 15 '19// $140 | 1/8/2019 | 5 | $10.3000 | ($5,150) | 1/7/2019 | (2) | $12.4300 | $2,486 | | | |
| Options | Call(INGN) Mar 15 '19// $140 | 1/18/2019 | 5 | $21.1200 | ($10,560) | 1/8/2019 | (3) | $14.0000 | $4,200 | | | |
| Options | Call(INGN) Mar 15 '19// $140 | 2/22/2019 | 10 | $11.1300 | ($11,130) | 1/9/2019 | (3) | $13.4000 | $4,020 | | | |
| Options | Call(INGN) Mar 15 '19// $140 | | | | | 1/9/2019 | (2) | $12.9000 | $2,580 | | | |
| Options | Call(INGN) Mar 15 '19// $140 | | | | | 2/8/2019 | (5) | $10.1900 | $5,095 | | | |
| Options | Call(INGN) Mar 15 '19// $140 | | | | | 2/8/2019 | (5) | $10.1500 | $5,075 | | | |
| **Options** | **Call(INGN) Mar 15 '19// $140** | | **20** | | **($26,840)** | | **(20)** | | **$23,456** | **0** | | **($3,384)** |
| **Options** | **Put(INGN) Mar 15 '19// $140** | **2/8/2019** | **70** | **$12.0100** | **($84,070)** | **2/6/2019** | **(70)** | **$10.2800** | **$71,960** | **0** | | **($12,110)** |
| Options | Call(INGN) Mar 15 '19// $145 | 1/31/2019 | 10 | $18.5000 | ($18,500) | 1/15/2019 | (3) | $13.9300 | $4,179 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | 2/8/2019 | 15 | $3.1000 | ($4,650) | 1/15/2019 | (2) | $12.3500 | $2,470 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | 3/5/2019 | 5 | $0.0400 | ($20) | 1/24/2019 | (20) | $13.8000 | $27,600 | | | |

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Options | Call(INGN) Mar 15 '19// $145 | 3/18/2019 | 45 | Expired | $0 | 2/8/2019 | (10) | $7.9500 | $7,950 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | | | | | 2/8/2019 | (10) | $8.3000 | $8,300 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | | | | | 2/8/2019 | (5) | $7.8400 | $3,920 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | | | | | 2/8/2019 | (5) | $7.8200 | $3,910 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | | | | | 2/11/2019 | (10) | $9.9700 | $9,970 | | | |
| Options | Call(INGN) Mar 15 '19// $145 | | | | | 2/22/2019 | (10) | $8.5500 | $8,550 | | | |
| **Options** | **Call(INGN) Mar 15 '19// $145** | | **75** | | **($23,170)** | | **(75)** | | **$76,849** | **0** | | **$53,679** |
| Options | Put(INGN) Mar 15 '19// $145 | 2/13/2019 | 10 | $13.5000 | ($13,500) | 2/5/2019 | (20) | $10.3500 | $20,700 | | | |
| Options | Put(INGN) Mar 15 '19// $145 | 3/5/2019 | 5 | $43.2000 | ($21,600) | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $145 | 3/5/2019 | 3 | Assigned | $0 | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $145 | 3/11/2019 | 1 | Assigned | $0 | | | | | | | |
| Options | Put(INGN) Mar 15 '19// $145 | 3/13/2019 | 1 | $47.8100 | ($4,781) | | | | | | | |
| **Options** | **Put(INGN) Mar 15 '19// $145** | | **20** | | **($39,881)** | | **(20)** | | **$20,700** | **0** | | **($19,181)** |
| Options | Call(INGN) Mar 15 '19// $150 | 2/8/2019 | 5 | $3.6000 | ($1,800) | 1/15/2019 | (5) | $14.0600 | $7,030 | | | |
| Options | Call(INGN) Mar 15 '19// $150 | 2/11/2019 | 5 | $6.5000 | ($3,250) | 1/25/2019 | (5) | $12.3300 | $6,165 | | | |
| **Options** | **Call(INGN) Mar 15 '19// $150** | | **10** | | **($5,050)** | | **(10)** | | **$13,195** | **0** | | **$8,145** |
| Options | Put(INGN) Mar 15 '19// $150 | 11/14/2018 | 5 | $26.3800 | ($13,190) | 11/7/2018 | (3) | $17.5000 | $5,250 | | | |
| Options | Put(INGN) Mar 15 '19// $150 | 2/6/2019 | 35 | $15.9700 | ($55,895) | 11/7/2018 | (2) | $17.2300 | $3,446 | | | |
| Options | Put(INGN) Mar 15 '19// $150 | | | | | 2/11/2019 | (5) | $17.9000 | $8,950 | | | |
| Options | Put(INGN) Mar 15 '19// $150 | | | | | 2/25/2019 | (30) | $11.6200 | $34,860 | | | |
| **Options** | **Put(INGN) Mar 15 '19// $150** | | **40** | | **($69,085)** | | **(40)** | | **$52,506** | **0** | | **($16,579)** |
| Options | Call(INGN) Mar 15 '19// $155 | 2/8/2019 | 5 | $4.9700 | ($2,485) | 1/18/2019 | (5) | $12.5700 | $6,285 | | | |
| Options | Call(INGN) Mar 15 '19// $155 | 2/8/2019 | 5 | $5.0000 | ($2,500) | 1/31/2019 | (10) | $12.9000 | $12,900 | | | |
| Options | Call(INGN) Mar 15 '19// $155 | 2/25/2019 | 5 | $5.6800 | ($2,840) | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $155** | | **15** | | **($7,825)** | | **(15)** | | **$19,185** | **0** | | **$11,360** |
| Options | Call(INGN) Mar 15 '19// $160 | 2/8/2019 | 5 | $3.4500 | ($1,725) | 3/18/2019 | (25) | Expired | $0 | | | |
| Options | Call(INGN) Mar 15 '19// $160 | 2/8/2019 | 5 | $2.1500 | ($1,075) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $160 | 2/11/2019 | 10 | $2.8800 | ($2,880) | | | | | | | |
| Options | Call(INGN) Mar 15 '19// $160 | 2/25/2019 | 5 | $4.4200 | ($2,210) | | | | | | | |
| **Options** | **Call(INGN) Mar 15 '19// $160** | | **25** | | **($7,890)** | | **(25)** | | **$0** | **0** | | **($7,890)** |
| **Options** | **Put(INGN) Mar 15 '19// $160** | **2/5/2019** | **10** | **$18.6000** | **($18,600)** | **2/11/2019** | **(10)** | **$25.0000** | **$25,000** | **0** | | **$6,400** |
| Options | Call(INGN) Mar 15 '19// $165 | 1/24/2019 | 10 | $4.8000 | ($4,800) | 2/25/2019 | (5) | $3.1200 | $1,560 | | | |
| Options | Call(INGN) Mar 15 '19// $165 | | | | | 2/25/2019 | (5) | $2.8800 | $1,440 | | | |
| **Options** | **Call(INGN) Mar 15 '19// $165** | | **10** | | **($4,800)** | | **(10)** | | **$3,000** | **0** | | **($1,800)** |
| Options | Put(INGN) Mar 15 '19// $165 | 2/25/2019 | 15 | $20.5000 | ($30,750) | 3/5/2019 | (13) | Exercised | $0 | | | |
| Options | Put(INGN) Mar 15 '19// $165 | | | | | 3/11/2019 | (1) | Exercised | $0 | | | |
| Options | Put(INGN) Mar 15 '19// $165 | | | | | 3/13/2019 | (1) | $67.7800 | $6,778 | | | |
| **Options** | **Put(INGN) Mar 15 '19// $165** | | **15** | | **($30,750)** | | **(15)** | | **$6,778** | **0** | | **($23,972)** |
| **Options** | **Put(INGN) Nov 16 '18// $120** | **11/14/2018** | **5** | **$0.5500** | **($275)** | **11/19/2018** | **(5)** | **Expired** | **$0** | **0** | | **($275)** |
| **Options** | **Put(INGN) Nov 16 '18// $125** | **11/7/2018** | **10** | **$3.0000** | **($3,000)** | **11/19/2018** | **(10)** | **Expired** | **$0** | **0** | | **($3,000)** |
| Options | Call(INGN) Nov 16 '18// $130 | 11/12/2018 | 10 | $10.7000 | ($10,700) | 11/14/2018 | (5) | $3.9500 | $1,975 | | | |
| Options | Call(INGN) Nov 16 '18// $130 | 11/15/2018 | 2 | $7.8000 | ($1,560) | 11/14/2018 | (10) | $4.7000 | $4,700 | | | |

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Options | Call(INGN) Nov 16 '18// $130 | 11/15/2018 | 3 | $7.3000 | ($2,190) | | | | | | | |
| **Options** | **Call(INGN) Nov 16 '18// $130** | | **15** | | **($14,450)** | | **(15)** | | **$6,675** | **0** | | **($7,775)** |
| Options | Put(INGN) Nov 16 '18// $130 | 11/16/2018 | 2 | $0.4500 | ($90) | 11/14/2018 | (10) | $2.6500 | $2,650 | | | |
| Options | Put(INGN) Nov 16 '18// $130 | 11/16/2018 | 3 | $0.4000 | ($120) | | | | | | | |
| Options | Put(INGN) Nov 16 '18// $130 | 11/19/2018 | 5 | Expired | $0 | | | | | | | |
| **Options** | **Put(INGN) Nov 16 '18// $130** | | **10** | | **($210)** | | **(10)** | | **$2,650** | **0** | | **$2,440** |
| Options | Call(INGN) Nov 16 '18// $135 | 11/14/2018 | 5 | $1.7000 | ($850) | 11/12/2018 | (10) | $6.2000 | $6,200 | | | |
| Options | Call(INGN) Nov 16 '18// $135 | 11/16/2018 | 3 | $6.2200 | ($1,866) | | | | | | | |
| Options | Call(INGN) Nov 16 '18// $135 | 11/16/2018 | 2 | $6.1900 | ($1,238) | | | | | | | |
| **Options** | **Call(INGN) Nov 16 '18// $135** | | **10** | | **($3,954)** | | **(10)** | | **$6,200** | **0** | | **$2,246** |
| Options | Put(INGN) Nov 16 '18// $135 | 11/8/2018 | 8 | $1.6500 | ($1,320) | 11/14/2018 | (10) | $4.5300 | $4,530 | | | |
| Options | Put(INGN) Nov 16 '18// $135 | 11/8/2018 | 2 | $0.8600 | ($172) | | | | | | | |
| **Options** | **Put(INGN) Nov 16 '18// $135** | | **10** | | **($1,492)** | | **(10)** | | **$4,530** | **0** | | **$3,038** |
| **Options** | **Call(INGN) Nov 16 '18// $140** | **11/8/2018** | **10** | **$15.7000** | **($15,700)** | **11/12/2018** | **(10)** | **$3.3000** | **$3,300** | **0** | | **($12,400)** |
| Options | Put(INGN) Nov 16 '18// $140 | 11/14/2018 | 5 | $9.5700 | ($4,785) | 11/12/2018 | (20) | $3.3300 | $6,660 | | | |
| Options | Put(INGN) Nov 16 '18// $140 | 11/14/2018 | 10 | $8.1800 | ($8,180) | | | | | | | |
| Options | Put(INGN) Nov 16 '18// $140 | 11/19/2018 | 5 | Expired | $0 | | | | | | | |
| **Options** | **Put(INGN) Nov 16 '18// $140** | | **20** | | **($12,965)** | | **(20)** | | **$6,660** | **0** | | **($6,305)** |
| Options | Call(INGN) Nov 16 '18// $145 | 11/12/2018 | 10 | $1.2000 | ($1,200) | 11/19/2018 | (15) | Expired | $0 | | | |
| Options | Call(INGN) Nov 16 '18// $145 | 11/14/2018 | 5 | $0.1500 | ($75) | | | | | | | |
| **Options** | **Call(INGN) Nov 16 '18// $145** | | **15** | | **($1,275)** | | **(15)** | | **$0** | **0** | | **($1,275)** |
| Options | Put(INGN) Nov 16 '18// $145 | 11/12/2018 | 15 | $6.2300 | ($9,345) | 11/8/2018 | (8) | $3.0700 | $2,456 | | | |
| Options | Put(INGN) Nov 16 '18// $145 | 11/12/2018 | 5 | $6.2200 | ($3,110) | 11/8/2018 | (8) | $3.0600 | $2,448 | | | |
| Options | Put(INGN) Nov 16 '18// $145 | | | | | 11/8/2018 | (4) | $3.2600 | $1,304 | | | |
| **Options** | **Put(INGN) Nov 16 '18// $145** | | **20** | | **($12,455)** | | **(20)** | | **$6,208** | **0** | | **($6,247)** |
| Options | Call(INGN) Nov 16 '18// $150 | 11/14/2018 | 10 | $0.2500 | ($250) | 11/8/2018 | (10) | $7.2300 | $7,230 | | | |
| Options | Call(INGN) Nov 16 '18// $150 | 11/19/2018 | 10 | Expired | $0 | 11/8/2018 | (10) | $7.2200 | $7,220 | | | |
| **Options** | **Call(INGN) Nov 16 '18// $150** | | **20** | | **($250)** | | **(20)** | | **$14,450** | **0** | | **$14,200** |
| **Options** | **Put(INGN) Nov 16 '18// $150** | **11/7/2018** | **10** | **$3.5100** | **($3,510)** | **11/8/2018** | **(10)** | **$6.1000** | **$6,100** | **0** | | **$2,590** |
| Options | Put(INGN) Nov 16 '18// $155 | | | | | | | | | | | |
| Options | Put(INGN) Nov 16 '18// $155 | 11/8/2018 | 8 | $7.9000 | ($6,320) | 11/7/2018 | (20) | $7.9500 | $15,900 | | | |
| Options | Put(INGN) Nov 16 '18// $155 | 11/8/2018 | 2 | $9.0100 | ($1,802) | | | | | | | |
| Options | Put(INGN) Nov 16 '18// $155 | 11/8/2018 | 10 | $9.3500 | ($9,350) | | | | | | | |
| **Options** | **Put(INGN) Nov 16 '18// $155** | | **20** | | **($17,472)** | | **(20)** | | **$15,900** | **0** | | **($1,572)** |
| **Options** | **Call(INGN) Nov 16 '18// $160** | **11/8/2018** | **10** | **$1.7000** | **($1,700)** | **11/19/2018** | **(10)** | **Expired** | **$0** | **0** | | **($1,700)** |
| Options | Put(INGN) Nov 16 '18// $160 | 11/19/2018 | 20 | Assigned | $0 | 11/7/2018 | (10) | $7.2700 | $7,270 | | | |
| Options | Put(INGN) Nov 16 '18// $160 | | | | | 11/7/2018 | (10) | $7.2800 | $7,280 | | | |
| **Options** | **Put(INGN) Nov 16 '18// $160** | | **20** | | **$0** | | **(20)** | | **$14,550** | **0** | | **$14,550** |
| Options | Put(INGN) Nov 16 '18// $170 | 10/23/2018 | 5 | $6.1000 | ($3,050) | 11/19/2018 | (15) | Exercised | $0 | | | |
| Options | Put(INGN) Nov 16 '18// $170 | 11/7/2018 | 10 | $14.0400 | ($14,040) | | | | | | | |

*Avg Closing Prices from Feb 27 to May 3                    Page 5 of 8

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Options** | **Put(INGN) Nov 16 '18// $170** | | **15** | | **($17,090)** | | **(15)** | | **$0** | **0** | | **($17,090)** |
| **Options** | **Put(INGN) Nov 16 '18// $175** | **10/31/2018** | **5** | **$6.9000** | **($3,450)** | **11/19/2018** | **(5)** | **Exercised** | **$0** | **0** | | **($3,450)** |
| Options | Put(INGN) Nov 16 '18// $180 | 11/5/2018 | 5 | $9.3000 | ($4,650) | 11/12/2018 | (2) | $31.9400 | $6,388 | | | |
| Options | Put(INGN) Nov 16 '18// $180 | | | | | 11/19/2018 | (3) | Exercised | $0 | | | |
| **Options** | **Put(INGN) Nov 16 '18// $180** | | **5** | | **($4,650)** | | **(5)** | | **$6,388** | **0** | | **$1,738** |
| Options | Put(INGN) Nov 16 '18// $185 | 11/7/2018 | 10 | $31.5000 | ($31,500) | 10/25/2018 | (5) | $12.1900 | $6,095 | | | |
| Options | Put(INGN) Nov 16 '18// $185 | 11/7/2018 | 3 | $35.5000 | ($10,650) | 10/26/2018 | (5) | $13.8100 | $6,905 | | | |
| Options | Put(INGN) Nov 16 '18// $185 | 11/7/2018 | 2 | $35.3300 | ($7,066) | 11/5/2018 | (10) | $11.7400 | $11,740 | | | |
| Options | Put(INGN) Nov 16 '18// $185 | 11/12/2018 | 2 | Assigned | $0 | | | | | | | |
| Options | Put(INGN) Nov 16 '18// $185 | 11/19/2018 | 3 | Assigned | $0 | | | | | | | |
| **Options** | **Put(INGN) Nov 16 '18// $185** | | **20** | | **($49,216)** | | **(20)** | | **$24,740** | **0** | | **($24,476)** |
| Options | Put(INGN) Nov 16 '18// $190 | 10/26/2018 | 5 | $16.4800 | ($8,240) | 10/23/2018 | (5) | $11.7700 | $5,885 | | | |
| Options | Put(INGN) Nov 16 '18// $190 | 11/5/2018 | 5 | $14.5600 | ($7,280) | 10/23/2018 | (5) | $11.7800 | $5,890 | | | |
| **Options** | **Put(INGN) Nov 16 '18// $190** | | **10** | | **($15,520)** | | **(10)** | | **$11,775** | **0** | | **($3,745)** |
| **Options** | **Put(INGN) Nov 16 '18// $195** | **10/25/2018** | **5** | **$17.5200** | **($8,760)** | **10/31/2018** | **(5)** | **$12.5000** | **$6,250** | **0** | | **($2,510)** |
| **Options** | **Call(INGN) Nov 16 '18// $200** | **11/19/2018** | **5** | **Expired** | **$0** | **10/23/2018** | **(5)** | **$14.0000** | **$7,000** | **0** | | **$7,000** |
| **Options** | **Put(INGN) Nov 16 '18// $200** | **11/9/2018** | **5** | **Assigned** | **$0** | **10/31/2018** | **(5)** | **$15.6000** | **$7,800** | **0** | | **$7,800** |
| **Options** | **Put(INGN) Nov 16 '18// $210** | **10/23/2018** | **5** | **$22.0000** | **($11,000)** | **11/9/2018** | **(5)** | **Exercised** | **$0** | **0** | | **($11,000)** |
| **Options** | **Put(INGN) Nov 16 '18// $220** | **10/31/2018** | **5** | **$26.5000** | **($13,250)** | **11/9/2018** | **(5)** | **Exercised** | **$0** | **0** | | **($13,250)** |
| **Options** | **Call(INGN) Oct 19 '18// $290** | **10/22/2019** | **10** | **Expired** | **$0** | **9/14/2018** | **(10)** | **$7.9100** | **$7,910** | **0** | | **$7,910** |
| Options | Call(INGN) Sep 21 '18// $230 | 8/23/2018 | 5 | $17.6000 | ($8,800) | 9/21/2018 | (10) Exercised | | $0 | | | |
| Options | Call(INGN) Sep 21 '18// $230 | 8/24/2018 | 5 | $19.6600 | ($9,830) | | | | | | | |
| **Options** | **Call(INGN) Sep 21 '18// $230** | | **10** | | **($18,630)** | | **(10)** | | **$0** | **0** | | **($18,630)** |
| Options | Call(INGN) Sep 21 '18// $240 | 8/28/2018 | 5 | $15.2000 | ($7,600) | 8/13/2018 | (2) | $4.8000 | $960 | | | |
| Options | Call(INGN) Sep 21 '18// $240 | 8/29/2018 | 5 | $19.9700 | ($9,985) | 8/16/2018 | (8) | $6.7400 | $5,392 | | | |
| Options | Call(INGN) Sep 21 '18// $240 | 9/5/2018 | 2 | $15.1500 | ($3,030) | 9/21/2018 | (10) | Exercised | $0 | | | |
| Options | Call(INGN) Sep 21 '18// $240 | 9/5/2018 | 2 | $15.1800 | ($3,036) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $240 | 9/5/2018 | 4 | $15.2000 | ($6,080) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $240 | 9/5/2018 | 2 | $14.7500 | ($2,950) | | | | | | | |
| **Options** | **Call(INGN) Sep 21 '18// $240** | | **20** | | **($32,681)** | | **(20)** | | **$6,352** | **0** | | **($26,329)** |
| Options | Put(INGN) Sep 21 '18// $240 | 9/19/2018 | 12 | $0.5000 | ($600) | 9/24/2018 | (29) | Expired | $0 | | | |
| Options | Put(INGN) Sep 21 '18// $240 | 9/20/2018 | 12 | $0.4500 | ($540) | | | | | | | |
| Options | Put(INGN) Sep 21 '18// $240 | 9/20/2018 | 2 | $0.3100 | ($62) | | | | | | | |
| Options | Put(INGN) Sep 21 '18// $240 | 9/20/2018 | 2 | $0.3100 | ($62) | | | | | | | |
| Options | Put(INGN) Sep 21 '18// $240 | 9/20/2018 | 1 | $0.3300 | ($33) | | | | | | | |
| **Options** | **Put(INGN) Sep 21 '18// $240** | | **29** | | **($1,297)** | | **(29)** | | **$0** | **0** | | **($1,297)** |
| Options | Call(INGN) Sep 21 '18// $250 | 8/30/2018 | 10 | $15.2900 | ($15,290) | 8/23/2018 | (5) | $6.2000 | $3,100 | | | |
| Options | Call(INGN) Sep 21 '18// $250 | 9/12/2018 | 10 | $16.0000 | ($16,000) | 8/24/2018 | (5) | $6.6900 | $3,345 | | | |
| Options | Call(INGN) Sep 21 '18// $250 | 9/17/2018 | 5 | $13.1000 | ($6,550) | 9/5/2018 | (8) | $7.9000 | $6,320 | | | |

*Avg Closing Prices from Feb 27 to May 3

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Options | Call(INGN) Sep 21 '18// $250 | 9/17/2018 | 9 | $15.0600 | ($13,554) | 9/5/2018 | (4) | $7.9200 | $3,168 | | | |
| Options | Call(INGN) Sep 21 '18// $250 | 9/17/2018 | 1 | $15.0500 | ($1,505) | 9/5/2018 | (4) | $7.9400 | $3,176 | | | |
| Options | Call(INGN) Sep 21 '18// $250 | | | | | 9/5/2018 | (4) | $7.7600 | $3,104 | | | |
| Options | Call(INGN) Sep 21 '18// $250 | | | | | 9/21/2018 | (5) | $5.0000 | $2,500 | | | |
| **Options** | **Call(INGN) Sep 21 '18// $250** | | **35** | | **($52,899)** | | **(35)** | | **$24,713** | **0** | | **($28,186)** |
| Options | Put(INGN) Sep 21 '18// $250 | 9/17/2018 | 1 | $1.6000 | ($160) | 9/19/2018 | (24) | $1.5700 | $3,768 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | 9/17/2018 | 1 | $1.1700 | ($117) | 9/20/2018 | (24) | $0.7500 | $1,800 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | 9/17/2018 | 10 | $1.1500 | ($1,150) | 9/20/2018 | (4) | $1.1800 | $472 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | 9/17/2018 | 11 | $1.1300 | ($1,243) | 9/20/2018 | (2) | $1.2000 | $240 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | 9/17/2018 | 2 | $1.0800 | ($216) | 9/20/2018 | (2) | $1.1900 | $238 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | 9/24/2018 | 34 | Expired | $0 | 9/20/2018 | (1) | $1.3100 | $131 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | | | | | 9/20/2018 | (1) | $1.3000 | $130 | | | |
| Options | Put(INGN) Sep 21 '18// $250 | | | | | 9/20/2018 | (1) | $1.3300 | $133 | | | |
| **Options** | **Put(INGN) Sep 21 '18// $250** | | **59** | | **($2,886)** | | **(59)** | | **$6,912** | **0** | | **$4,026** |
| Options | Call(INGN) Sep 21 '18// $260 | 9/5/2018 | 4 | $3.4500 | ($1,380) | 8/28/2018 | (5) | $3.8600 | $1,930 | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/5/2018 | 2 | $3.4400 | ($688) | 8/29/2018 | (5) | $6.0800 | $3,040 | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/5/2018 | 2 | $3.4200 | ($684) | 9/12/2018 | (10) | $8.6000 | $8,600 | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/5/2018 | 2 | $3.5700 | ($714) | 9/17/2018 | (10) | $6.2000 | $6,200 | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/11/2018 | 5 | $16.0000 | ($8,000) | 9/17/2018 | (20) | $6.9200 | $13,840 | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/11/2018 | 5 | $14.2700 | ($7,135) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/12/2018 | 10 | $14.7400 | ($14,740) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/17/2018 | 1 | $11.9500 | ($1,195) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/17/2018 | 8 | $11.9100 | ($9,528) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/17/2018 | 1 | $11.9000 | ($1,190) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/17/2018 | 9 | $11.1800 | ($10,062) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $260 | 9/17/2018 | 1 | $10.8400 | ($1,084) | | | | | | | |
| **Options** | **Call(INGN) Sep 21 '18// $260** | | **50** | | **($56,400)** | | **(50)** | | **$33,610** | **0** | | **($22,790)** |
| Options | Put(INGN) Sep 21 '18// $260 | 9/19/2018 | 12 | $5.7400 | ($6,888) | 9/17/2018 | (1) | $3.1700 | $317 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/20/2018 | 12 | $5.7000 | ($6,840) | 9/17/2018 | (1) | $3.1600 | $316 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/20/2018 | 2 | $6.6500 | ($1,330) | 9/17/2018 | (22) | $3.4500 | $7,590 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/20/2018 | 1 | $6.6200 | ($662) | 9/17/2018 | (20) | $3.4600 | $6,920 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/20/2018 | 1 | $6.5800 | ($658) | 9/17/2018 | (2) | $3.4000 | $680 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/20/2018 | 1 | $6.5300 | ($653) | 9/17/2018 | (2) | $3.4300 | $686 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/20/2018 | 1 | $6.4300 | ($643) | 9/17/2018 | (2) | $3.4500 | $690 | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/21/2018 | 15 | $4.7000 | ($7,050) | | | | | | | |
| Options | Put(INGN) Sep 21 '18// $260 | 9/21/2018 | 5 | Assigned | $0 | | | | | | | |
| **Options** | **Put(INGN) Sep 21 '18// $260** | | **50** | | **($24,724)** | | **(50)** | | **$17,199** | **0** | | **($7,525)** |
| Options | Call(INGN) Sep 21 '18// $270 | 9/13/2018 | 10 | $13.6200 | ($13,620) | 8/30/2018 | (10) | $3.9400 | $3,940 | | | |
| Options | Call(INGN) Sep 21 '18// $270 | 9/14/2018 | 10 | $14.6800 | ($14,680) | 9/12/2018 | (10) | $2.2000 | $2,200 | | | |
| Options | Call(INGN) Sep 21 '18// $270 | 9/17/2018 | 5 | $2.6500 | ($1,325) | 9/17/2018 | (2) | $5.0000 | $1,000 | | | |
| Options | Call(INGN) Sep 21 '18// $270 | 9/17/2018 | 10 | $2.1300 | ($2,130) | 9/17/2018 | (18) | $5.0200 | $9,036 | | | |
| Options | Call(INGN) Sep 21 '18// $270 | 9/24/2018 | 25 | Expired | $0 | 9/17/2018 | (18) | $4.6200 | $8,316 | | | |
| Options | Call(INGN) Sep 21 '18// $270 | | | | | 9/17/2018 | (2) | $4.4000 | $880 | | | |
| **Options** | **Call(INGN) Sep 21 '18// $270** | | **60** | | **($31,755)** | | **(60)** | | **$25,372** | **0** | | **($6,383)** |
| Options | Put(INGN) Sep 21 '18// $270 | 9/17/2018 | 1 | $8.1000 | ($810) | 9/21/2018 | (25) | Exercised | $0 | | | |
| Options | Put(INGN) Sep 21 '18// $270 | 9/17/2018 | 1 | $8.9300 | ($893) | | | | | | | |
| Options | Put(INGN) Sep 21 '18// $270 | 9/17/2018 | 21 | $9.0700 | ($19,047) | | | | | | | |
| Options | Put(INGN) Sep 21 '18// $270 | 9/17/2018 | 1 | $9.1600 | ($916) | | | | | | | |

*Avg Closing Prices from Feb 27 to May 3

**Inogen, Inc. (INGN)**
**Class Period: Nov 8, 2017 to Feb 26, 2019**

| Plaintiff | | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $91.8021 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Options | Put(INGN) Sep 21 '18// $270 | 9/17/2018 | 1 | $9.1700 | ($917) | | | | | | | |
| **Options** | **Put(INGN) Sep 21 '18// $270** | | **25** | | **($22,583)** | | **(25)** | | **$0** | **0** | | **($22,583)** |
| Options | Call(INGN) Sep 21 '18// $280 | 9/12/2018 | 10 | $0.5000 | ($500) | 9/11/2018 | (5) | $3.3000 | $1,650 | | | |
| Options | Call(INGN) Sep 21 '18// $280 | 9/17/2018 | 1 | $1.5600 | ($156) | 9/11/2018 | (5) | $2.3200 | $1,160 | | | |
| Options | Call(INGN) Sep 21 '18// $280 | 9/17/2018 | 9 | $1.5800 | ($1,422) | 9/12/2018 | (20) | $2.2700 | $4,540 | | | |
| Options | Call(INGN) Sep 21 '18// $280 | 9/17/2018 | 9 | $1.4900 | ($1,341) | | | | | | | |
| Options | Call(INGN) Sep 21 '18// $280 | 9/17/2018 | 1 | $1.3600 | ($136) | | | | | | | |
| **Options** | **Call(INGN) Sep 21 '18// $280** | | **30** | | **($3,555)** | | **(30)** | | **$7,350** | **0** | | **$3,795** |
| **Options** | **Call(INGN) Sep 21 '18// $290** | 9/12/2018 | **10** | $0.7000 | **($700)** | 9/13/2018 | **(10)** | $2.6200 | **$2,620** | **0** | | **$1,920** |
| **Options Total** | | | **1,611** | | **($1,529,736)** | | **(1,611)** | | **$1,229,520** | **50** | | **($300,216)** |
| **Paragon Fund Management, LLC** | | | | | **($2,874,676)** | | | | **$2,680,622** | | | **($194,054)** |
| **Lynch, Ronald** | **Common Stock** | **8/8/2018** | **1,000** | **$231.0000** | **($231,000)** | | | | | **1,000** | **$91,802** | **($139,198)** |
| Murphy, Susan S. | Common Stock | 11/20/2018 | 500 | $138.4300 | ($69,215) | | | | | | | |
| Murphy, Susan S. | Common Stock | 5/24/2018 | 500 | $170.6700 | ($85,335) | | | | | | | |
| **Murphy, Susan S.** | **Common Stock** | | **1,000** | | **($154,550)** | | | | | **1,000** | **$91,802** | **($62,748)** |
| Murphy, Douglas A. | Common Stock | 11/20/2018 | 500 | $138.4300 | ($69,215) | | | | | | | |
| Murphy, Douglas A. | Common Stock | 5/24/2018 | 250 | $170.8877 | ($42,722) | | | | | | | |
| **Murphy, Douglas A.** | **Common Stock** | | **750** | | **($111,937)** | | | | | **750** | **$68,852** | **($43,085)** |
| Summary | | | | | | | | | | | | |
| Murphy, Susan S. | | | 1,000 | | ($154,550) | | | | | 1,000 | | ($62,748) |
| Murphy, Douglas A. | | | 750 | | ($111,937) | | | | | 750 | | ($43,085) |
| **Murphy Total** | | | **1,750** | | **($266,487)** | | | | | **1,750** | | **($105,833)** |
| Summary | | | | | | | | | | | | |
| Paragon Fund Management, LLC | | | - | | ($2,874,676) | | - | | $2,680,622 | 0 | | ($194,054) |
| Lynch, Ronald | | | 1,000 | | ($231,000) | | - | | $0 | 1,000 | | ($139,198) |
| Murphy Total | | | 1,750 | | ($266,487) | | - | | $0 | 1,750 | | ($105,833) |
| **Total** | | | | | **($3,372,163)** | | | | **$2,680,622** | **2,750** | | **($439,085)** |

*Avg Closing Prices from Feb 27 to May 3