**JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Tate Jennings, Anthony Keele, and Todd L. Johnson, as Chief Executive Officer ("CEO") of Rainier Capital Management Partners LLC ("Rainier"), with authority to bind Rainier and enter into litigation on its behalf (collectively, the "CenturyLink Investor Group"), respectfully submit this Joint Declaration in support of the CenturyLink Investor Group's motion for appointment as Lead Plaintiff and approval of our selection of counsel in the instant class action on behalf of investors in the securities of CenturyLink, Inc. ("CenturyLink" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.      I, Tate Jennings, live in Boulder, Colorado. I am an engineering consultant, with a bachelor's degree in psychology and a master's degree in systems engineering, both from the University of Arizona. I have been investing in the securities markets for approximately 50 years. As reflected in my Certification, I purchased CenturyLink securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I, Anthony Keele, live in Cape Girardeau, Missouri. I am a physician specializing in family medicine. I earned my medical degree from the University of Missouri School of Medicine. I have been investing in the securities markets for approximately 10 years. As reflected in my Certification, I purchased CenturyLink securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

1

4.      I, Todd L. Johnson, am CEO of Rainier.  Rainier is an investment company with holdings in real estate, publicly traded equities, and various alternative investments in the capital markets.  As reflected in Rainier's Certification, Rainier purchased CenturyLink securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5.      We believe that the securities class action against CenturyLink is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved The Rosen Law Firm P.A. ("Rosen") and Pomerantz LLP ("Pomerantz") as our designated co-lead counsel; and (d) we were aware each other, had one another's contact information, and approved the filing of a motion on our behalves as a group seeking appointment jointly as co-lead plaintiffs.

6.      We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our losses incurred in connection with our class period purchase of CenturyLink securities, calculated in terms of U.S. dollars.  We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

2

DocuSign Envelope ID: 19D853EB-E89B-4381-AFCF-74C8BEEFD17E

7.      We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz and Rosen to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms' experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

8.      Pomerantz and Rosen have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 6 day of May, 2019.

Anthony Keele

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

5/6/2019

Executed this ___ day of May, 2019.


DocuSigned by:

*Tate Jennings*

79E1BE03043640F...


Tate Jennings

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing statements relating to Rainier Capital Management Partners LLC

are true and correct to the best of my knowledge.

Executed this 6th day of May, 2019.


Todd L. Johnson
CEO, Rainier Capital Management Partners LLC