**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com
*Attorney for Movants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM FABBRI,, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN, <br><br> Defendants. | No.: 2:19-cv-01643-FMO-AGR <br><br> **CORRECTED EXHIBIT D TO DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE INOGEN INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** <br><br> DATE: June 6, 2019 <br> TIME: 10:00 a.m. <br> JUDGE: Fernando M. Olguin <br> CTRM: Courtroom 6D, 6th Floor |
| STEVEN FRIEDLAND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INOGEN, INC., SCOTT WILKINSON and ALISON BAUERLEIN, <br><br> Defendants. | No.: 2:19-cv-02112-FMO-AGR |

DECLARATION

# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We, Douglas A. Murphy; Susan S. Murphy; Ronald Lynch; and Winifred Seghers, on behalf of Paragon Fund Management ("Paragon"), with authority to bind Paragon and enter into litigation on its behalf (collectively, the "Inogen Investor Group"), respectfully submit this Joint Declaration in support of the Inogen Investor Group's motion for appointment as Lead Plaintiff and approval of our selection of counsel in the instant class action on behalf of investors in the securities of Inogen, Inc. ("Inogen" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.     I, Douglas A. Murphy, live in Fulton County, Georgia.  I am a cardiac surgeon.  I earned my medical degree from the University of Pennsylvania, completed my residency at Massachusetts General Hospital (an affiliate of Harvard Medical School), and completed my fellowship at a hospital affiliated with Emory University School of Medicine.  I have been investing in the securities markets for approximately 35 years.  I am married to Susan Murphy.  As reflected in my Certification, I purchased Inogen securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.     I, Susan Murphy, live in Fulton County, Georgia.  I hold a master's degree in biochemistry from the Massachusetts Institute of Technology.  I am retired, having previously worked in nutrition counseling.  I have been investing in the securities markets for approximately 35 years.  I am married to Douglas A. Murphy.  As reflected in my Certification, I purchased

Inogen securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.     I, Ronald Lynch, live in Montgomery, Pennsylvania.  I am a retired police officer and attended the FBI Academy.  I have been investing in the securities markets for roughly 30 years.  As reflected in my Certification, I purchased Inogen securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5.     I, Winifred Seghers, am the Manager of Paragon.  Paragon is organized as a limited liability company under the laws of Texas.  Paragon owns apartment complexes throughout Texas.  As reflected in Paragon's Certification, Paragon purchased Inogen securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

6.     We believe that the securities class action against Inogen is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the Class.  Prior to filing our Lead Plaintiff motion: (a) we understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter; (b) we understood that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice; (c) we approved Glancy Prongay & Murray LLP ("GPM") and Pomerantz LLP ("Pomerantz") as our designated co-lead counsel; and (d) we were aware each other, had one another's contact information, and approved the filing of a motion on our behalves as a group seeking appointment jointly as co-lead plaintiffs.

7.     We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to all litigation decisions, and to

2

that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the event that such a disagreement arises, we agree to resolve such disagreement by a majority vote, in which each of us possesses a number of votes equal to our losses incurred in connection with our class period purchase of Inogen securities, calculated in terms of U.S. dollars. We recognize that even in the event of such a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

8.      We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, we selected Pomerantz and GPM to serve as Co-Lead Counsel.  It is our understanding that the defendants intend to defend this litigation vigorously, and we believe that the class will be well served by the collective resources and experience of two firms prosecuting the action jointly on its behalf.  Based on these firms' experience in achieving substantial recoveries in securities class actions, we believe that both firms are well-qualified to represent the Class.

9.      Pomerantz and GPM have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing statements relating to myself are true and correct to the best of my

knowledge.

Executed this ___ day of May, 2019.

DocuSigned by:

*Douglas Murphy*

6070C61136A94F7...

5/6/2019 | 2:37 PM EDT

Douglas A. Murphy

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this ___ day of May, 2019.

DocuSigned by:

Susan Murphy

0E2BF3EA43F14FF...

5/6/2019 | 2:32 PM EDT

Susan S. Murphy

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 6th day of May, 2019.

DocuSigned by:

*Ronald J. Lynch*

A26CE4DEB0F8426...

Ronald Lynch

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to Paragon Fund Management are true and correct to the best of my knowledge.

Executed this 6 th day of May, 2019.

DocuSigned by:

*Wendy Seghers*

24EA744742CE4B9...

Winifred Seghers
Manager, Paragon Fund Management

7