ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (149135)
MATTHEW I. ALPERT (238024)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
malpert@rgrdlaw.com
ksciarani@rgrdlaw.com

GLANCY PRONGAY &
  MURRAY LLP
EX KANO S. SAMS II (192936)
JOSHUA L. CROWELL (295411)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
esams@glancylaw.com
jcrowell@glancylaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re INOGEN, INC. SEC. LITIG. | Master File No. 2:19-cv-01643-FMO-AGR |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | LEAD PLAINTIFFS' NOTICE OF FILING OF OUTLINE OF ALLEGATIONS IN OPERATIVE COMPLAINT |

NOTICE OF FILING OF OUTLINE OF ALLEGATIONS

Pursuant to this Court's September 2, 2020 Order re: Motion to Dismiss (*see* ECF No. 100 at 3, 5), Lead Plaintiffs Dr. John Vasil and Paragon Fund Management (collectively, "Lead Plaintiffs"), hereby file Lead Plaintiffs' Outline of Allegations in Operative Complaint, which is attached as Exhibit A.

DATED:  September 23, 2020

**GLANCY PRONGAY &
  MURRAY LLP**
EX KANO S. SAMS II
JOSHUA L. CROWELL
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
esams@glancylaw.com
jcrowell@glancylaw.com

*s/ Ex Kano S. Sams II*
EX KANO S. SAMS II

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
ARTHUR C. LEAHY
MATTHEW I. ALPERT
KEVIN S. SCIARANI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
malpert@rgrdlaw.com
ksciarani@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

- 1 -

NOTICE OF FILING OF OUTLINE OF ALLEGATIONS

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On September 23, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2020, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II