ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (149135)
MATTHEW I. ALPERT (238024)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
malpert@rgrdlaw.com
ksciarani@rgrdlaw.com

GLANCY PRONGAY &
  MURRAY LLP
EX KANO S. SAMS II (192936)
NATALIE S. PANG (305886)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
esams@glancylaw.com
npang@glancylaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re INOGEN, INC. SEC. LITIG. | Master File No. 2:19-cv-01643-FMO-AGR |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY |

Lead Plaintiffs respectfully submit this Notice of Supplemental Authority ("Notice") to inform the Court of the recent decision in *In re Merit Med. Sys., Inc., Sec. Litig.*, No. 81902326DOCADSX, 2021 WL 1192133 (C.D. Cal. Mar. 29, 2021), attached as Exhibit A, and this Court's decision in *Longo v. Osi Sys. Inc., et al.*, Case No. CV 17-8841 FMO (SKx) (C.D. Cal. Mar. 31, 2021), attached as Exhibit B. These decisions support the arguments in Lead Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Second Amended Complaint (Doc. 109).

DATED:  April 1, 2021

GLANCY PRONGAY &
    MURRAY LLP
EX KANO S. SAMS II
NATALIE S. PANG
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)


                              *s/ Ex Kano S. Sams II*
                         _____
                              EX KANO S. SAMS II

ROBBINS GELLER RUDMAN
    & DOWD LLP
ARTHUR C. LEAHY
MATTHEW I. ALPERT
KEVIN S. SCIARANI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)


Lead Counsel for Lead Plaintiffs

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 1, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ EX KANO S. SAMS II
EX KANO S. SAMS II

GLANCY PRONGAY &
     MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

E-mail:  esams@glancylaw.com

## Mailing Information for a Case 2:19-cv-01643-FMO-AGR In re Inogen, Inc. Sec. Litig.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Caz Hashemi**
  chashemi@wsgr.com,tbell@wsgr.com

- **Arthur C Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Catherine E Moreno**
  cmoreno@wsgr.com,rlustan@wsgr.com,nstrauss@wsgr.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,tcrockett@pomlaw.com,asoto@pomlaw.com,abarbosa@pomlaw.com

- **Natalie S Pang**
  npang@glancylaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Ex Kano S Sams , II**
  esams@glancylaw.com,info@glancylaw.com,ex-kano-sams-8208@ecf.pacerpro.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Diane M Walters**
  dwalters@wsgr.com,vshreve@wsgr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)