ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (149135)
MATTHEW I. ALPERT (238024)
KEVIN S. SCIARANI (301411)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
malpert@rgrdlaw.com
ksciarani@rgrdlaw.com

GLANCY PRONGAY & MURRAY LLP
EX KANO S. SAMS II (192936)
NATALIE S. PANG (305886)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
esams@glancylaw.com
npang@glancylaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re INOGEN, INC. SEC. LITIG. | Master File No. 2:19-cv-01643-FMO-AGR |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | LEAD PLAINTIFFS' NOTICE CONCERNING AMENDING THE OPERATIVE COMPLAINT |

4852-0310-4761.v1

1    On August 13, 2021, the Court entered an Order Re: Motion to Dismiss Second

2  Amended Complaint (the "Order") (ECF No. 116), dismissing the Consolidated

3  Second Amended Complaint for Violations of the Federal Securities Laws (ECF No.

4  89) with leave to amend, and stating the parties shall, no later than August 20, 2021,

5  file a stipulation and proposed schedule for the filing of a third amended complaint

6  and any responsive Federal Rule of Civil Procedure 12 motion.  Order at 23.

7    On August 19, 2021 the parties filed a Joint Stipulation Regarding Filing of

8  Third Amended Complaint by Lead Plaintiffs (the "Joint Stipulation) (ECF No. 117).

9  On August 20, 2021, the Court granted the Joint Stipulation (ECF No. 118), requiring

10  Lead Plaintiffs file and serve their Third Amended Complaint by September 27, 2021.

11    Lead Plaintiffs Dr. John Vasil and Paragon Fund Management have filed this

12  Notice to inform the Court that they do not intend to file a Third Amended Complaint

13  and to respectfully request that the Court enter final appealable disposition or

14  judgment in the matter.  The parties have met and conferred and agree that both sides

15  will bear their own costs incurred to date.

16  DATED: September 23, 2021          ROBBINS GELLER RUDMAN & DOWD LLP
                                       ARTHUR C. LEAHY
17                                     MATTHEW I. ALPERT
                                       KEVIN S. SCIARANI
18

19                                           s/ Matthew I. Alpert
20                                          MATTHEW I. ALPERT

21                                     655 West Broadway, Suite 1900
                                       San Diego, CA 92101
22                                     Telephone:  619/231-1058
                                       619/231-7423 (fax)
23
                                       GLANCY PRONGAY & MURRAY LLP
24                                     EX KANO S. SAMS II
                                       NATALIE S. PANG
25                                     1925 Century Park East, Suite 2100
                                       Los Angeles, CA 90067
26                                     Telephone: 310/201-9150
                                       310/201-9160 (fax)
27
                                       Lead Counsel for Lead Plaintiffs
28

                                     - 1 -

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 23, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Matthew I. Alpert
MATTHEW I. ALPERT

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malpert@rgrdlaw.com

4852-0310-4761.v1

## Mailing Information for a Case 2:19-cv-01643-FMO-AGR In re Inogen, Inc. Sec. Litig.

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Adam Marc Apton**
  aapton@zlk.com

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Caz Hashemi**
  chashemi@wsgr.com,tbell@wsgr.com

- **Arthur C Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adam C McCall**
  amccall@zlk.com

- **Catherine E Moreno**
  cmoreno@wsgr.com,rlustan@wsgr.com,nstrauss@wsgr.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomla

- **Natalie S Pang**
  npang@glancylaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Ex Kano S. Sams , II**
  esams@glancylaw.com,info@glancylaw.com,ex-kano-sams-8208@ecf.pacerpro.com

- **Kevin S Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Diane M Walters**
  dwalters@wsgr.com,vshreve@wsgr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)