**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INOGEN, INC. SEC. LITIG. | Case No. CV 19-1643 FMO (AGRx) <br><br> **JUDGMENT** |

    Pursuant to the Court's Order of August 13, 2021, (Dkt. 116), and Lead Plaintiffs' Notice Concerning Amending the Operative Complaint, (Dkt. 119), IT IS ORDERED THAT the above-captioned action is dismissed.  The parties shall bear their own fees and costs.

Dated this 27th day of September, 2021.

                                                  /s/
                                   Fernando M. Olguin
                              United States District Judge